**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| INNOVATIVE OFFICE PRODUCTS, INC., | |
| Plaintiff, | CIVIL ACTION NO. ___:10-CV-_____ |
| v. | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., EBAY INC., ALIBABA.COM, INC., S. LINK INC., ZEETRON INC., GAINGAME, INC., LAPWORKS, INC., and NEOTERIC SOLUTION, INC., | |
| Defendants. | |

## COMPLAINT

This is an action for patent infringement in which Innovative Office Products, Inc. makes the following allegations against Amazon.com, Inc., Ebay, Inc., Alibaba.com, Inc., S. Link Inc., Zeetron Inc., GainGame, Inc., Lapworks, Inc., and Neoteric Solution, Inc. (collectively, the "Defendants").

## PARTIES

1.     Plaintiff Innovative Office Products, Inc. ("Plaintiff IOP") is a Commonwealth of Pennsylvania corporation with its principal place of business at 100 Kuebler Road, Easton, Pennsylvania 18040.

2.     On information and belief, Defendant Amazon.com, Inc. ("Amazon") is a Delaware corporation with its principal place of business at 410 Terry Avenue North, Seattle, Washington 98109.

3.      On information and belief, Defendant Ebay Inc. ("Ebay") is a Delaware corporation with its principal place of business at 2145 Hamilton Avenue, San Jose, California 95125.

4.      On information and belief, Defendant Alibaba.com, Inc. ("Alibaba") is a Delaware corporation with its principal place of business 3945 Freedom Circle, Suite 600, Santa Clara, California 95094.

5.      On information and belief, Defendant S. Link Inc. ("S. Link") is a New York corporation with is principal place of business at 43-11 34th Street, 2nd Floor, Long Island City, New York 11101.

6.      On information and belief, Defendant Zeetron Inc. ("Zeetron") is a New York corporation with its principal place of business at 2800 Coyle Street, Apt. 202, Brooklyn, New York 11235.

7.      On information and belief, Defendant GainGame, Inc. ("GainGame") is a New York corporation with its principal place of business at 726 64th Street, Brooklyn, New York 11220.

8.      On information and belief, Defendant Neoteric Solution, Inc. ("Neoteric") is a California corporation with its principal place of business at 2110 Rheem Drive, Suite C, Pleasanton, California 94588.

9.      On information and belief, Defendant Lapworks, Inc. ("LapWorks") is a California corporation with its principal place of business at 7955 Layton Street, Rancho Cucamonga, California 91730.

## JURISDICTION AND VENUE

10.     This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11.     On information and belief, Defendants are subject to this Court's specific and general person jurisdiction pursuant to due process and/or the Pennsylvania Long-Arm Statute, 42 Pa. C.S.A. § 5322, due at least to their substantial business in this forum, directly or through intermediaries, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and/or services provided to individuals located within Pennsylvania and this Judicial District.

12.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400.

## ALLEGATIONS COMMON TO ALL COUNTS

13.     Plaintiff IOP is the owner by assignment of the entire interest in United States Patent No. D575,293 ("the '293 Patent") entitled "FOLDING STAND".  Bradley A. Derry and David VanDuzer are listed as the inventors for the '293 Patent.  The '293 Patent issued on August 19, 2008.  A true and correct copy of the '293 Patent is attached hereto as Exhibit A.

14.     Plaintiff IOP is the owner by assignment of the entire interest in United States Patent No. 7,712,719 ("the '719 Patent") entitled "FOLDING SUPPORT STAND FOR PORTABLE ELECTRONIC DEVICES".  Bradley A. Derry, Robert Altonji, and Odd N. Oddsen, Jr. are listed as the inventors for the '719 Patent.  The '719 Patent issued on May 11, 2010.  A true and correct copy of the '719 Patent is attached hereto as Exhibit B.

15.     Plaintiff IOP manufactures and sells a portable stand for electronic devices called the "Cricket®", which is a commercial embodiment of the claimed design of the '293 and '719 Patents.  A product brochure for the Cricket® is attached hereto as <u>Exhibit C</u>.

<div align="center">

**COUNT I**
**DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS**
**by Defendant Amazon**

</div>

16.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-15 as if fully set forth.

17.     On information and belief, Defendant Amazon owns, controls and/or operates the website located at URL http://www.amazon.com.

18.     On information and belief, Defendant Amazon has sold and/or offered for sale, on or after the issue dates of the '293 and '719 Patents, multiple products which incorporate the claimed design of the '293 and '719 Patents.  A screen capture from www.amazon.com showing an exemplary product is attached as <u>Exhibit D</u>.

19.     On information and belief, Defendant Amazon continues to sell and/or offer for sale the products referred to in paragraph 18.

20.     On information and belief, Defendant Amazon fulfills orders for the products referred to in paragraph 18.

21.     On information and belief, Defendant Amazon collects fees from the sale of the products referred to in paragraph 18.

22.     On information and belief, third parties purchasing the products referred to in paragraph 18 use Amazon's on-line checkout tools to make payment.

23.     The acts referred to in paragraphs 18-22 were engaged in without authority from Plaintiff IOP.

24.     Each of the acts referred to in paragraphs 18-22 constitute infringement of the '293 and '719 Patents.

## COUNT II
## DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
## by Defendant Ebay

25.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-**Error! Reference source not found.** as if fully set forth.

26.     On information and belief, Defendant Ebay owns, controls and/or operates the website located at URL http://www.ebay.com.

27.     On information and belief, Defendant Ebay has sold and/or offered for sale, on or after the issue dates of the '293 and '719 Patents, multiple products which incorporate the claimed design of the '293 and '719 Patents.  A screen capture from www.ebay.com showing an exemplary product is attached as Exhibit E.

28.     On information and belief, Defendant Ebay continues to sell and/or offer for sale the products referred to in paragraph 27.

29.     On information and belief, Defendant Ebay fulfills orders for the products referred to in paragraph 27.

30.     On information and belief, Defendant Ebay collects fees from the sale of the products referred to in paragraph 27.

31.     On information and belief, third parties purchasing the products referred to in paragraph 27 use Ebay's on-line checkout tools to make payment.

32.     The acts referred to in paragraphs 27-31 were engaged in without authority from Plaintiff IOP.

33.     Each of the acts referred to in paragraphs 27-31 constitute infringement of the '293 and '719 Patents.

34.     On May 27, 2010, counsel for Plaintiff IOP provided Defendant Ebay with actual notice of the '293 and '719 Patents and identified multiple items that infringe the '293 and '719 Patents that were being offered for sale on Ebay's website identified in paragraph 26.

35.     On information and belief, during at least a portion of the period of time that Defendant Ebay engaged in the acts referred to in paragraphs 27-31, Defendant Ebay had actual knowledge of the '293 and '719 Patents.

36.     On information and belief, during at least a portion of the period of time that Defendant Ebay engaged in the acts referred to in paragraphs 27-31, Defendant Ebay knew or should have known that its acts constituted infringement of the '293 and '719 Patents.

37.     On information and belief, Defendant Ebay's infringement of the '293 and '719 Patents is willful.

## COUNT III
## DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
### by Defendant Alibaba

38.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-37 as if fully set forth.

39.     On information and belief, Defendant Alibaba owns, controls and/or operates the website located at URL http://www.alibaba.com.

40.     On information and belief, Defendant Alibaba has sold and/or offered for sale, on or after the issue dates of the '293 and '719 Patents, multiple products which incorporate the claimed design of the '293 and '719 Patents.  Screen captures from www.alibaba.com showing thumbnails of exemplary products are attached as Exhibit F.

41.     On information and belief, Defendant Alibaba continues to sell and/or offer for sale the products referred to in paragraph 40.

42.     On information and belief, Defendant Alibaba fulfills orders for the products referred to in paragraph 40.

43.     On information and belief, Defendant Alibaba collects fees from the sale of the products referred to in paragraph 40.

44.     On information and belief, third parties purchasing the products referred to in paragraph 40 use Alibaba's on-line checkout tools to make payment.

45.     The acts referred to in paragraphs 40-44 were engaged in without authority from Plaintiff IOP.

46.     Each of the acts referred to in paragraphs 40-44 constitute infringement of the '293 and '719 Patents.

47.     On information and belief, during at least a portion of the period of time that Defendant Alibaba engaged in the acts referred to in paragraphs 40-44, Defendant Alibaba had actual knowledge of the '293 and '719 Patents.

48.     On information and belief, during at least a portion of the period of time that Defendant Alibaba engaged in the acts referred to in paragraphs 40-44, Defendant Alibaba knew or should have known that its acts constituted infringement of the '293 and '719 Patents.

49.     On information and belief, Defendant Alibaba's infringement of the '293 and '719 Patents is willful.

## COUNT IV
## DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
### by Defendant S. Link

50.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-49 as if fully set forth.

51.     On information and belief, Defendant S. Link owns, controls and/or operates the website located at URL http://www.minisuit.com.

52.     On information and belief, Defendant S. Link has sold, offered for sale, and/or imported into the United States on or after the issue dates of the '293 and '719 Patents, products which incorporate the claimed design of the '293 and '719 Patents.  These products are being offered for sale and/or sold under the name "Bear Motion (TM) Kickstand Stand Adjustable Handheld Electronics Holder for Apple Ipad, Iphone and other laptop computer below 12"".  Screen captures from www.amazon.com showing said product are attached as Exhibit G.

53.     On information and belief, Defendant S. Link continues to sell, offer for sale, and/or import into the United States the products referred to in paragraph 52.

54.     The acts referred to in paragraphs 52 and 53 were engaged in without authority from Plaintiff IOP.

55.     Each of the acts referred to in paragraphs 52 and 53 constitute infringement of the '293 and '719 Patents.

56.     On information and belief, during at least a portion of the period of time that Defendant S. Link engaged in the acts referred to in paragraphs 52 and 53, Defendant S. Link had actual knowledge of the '293 and '719 Patents.

57.     On information and belief, during at least a portion of the period of time that Defendant S. Link engaged in the acts referred to in paragraphs 52 and 53, Defendant S. Link knew or should have known that its acts constituted infringement of the '293 and '719 Patents.

58.     On information and belief, Defendant S. Link's infringement of the '293 and '719 Patents is willful.

## COUNT V
## INDIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
## ACTIVE INDUCEMENT
## by Defendant S. Link

59.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1 through 58 as if fully set forth.

60.     On information and belief, Defendant S. Link, on or after the issue dates of the '293 and '719 Patents, sold and/or offered for sale the products referred to in paragraph 52 to customers located in the United States knowing that the customers would use said products within the United States in violation of 35 U.S.C. § 271(a).

61.     On information and belief, Defendant S. Link continues to engage in the acts referred to in paragraph 60.

62.     Defendant S. Link's acts, as set forth in paragraphs 60 and 61, were engaged in without authority from Plaintiff IOP.

63.     The acts referred to in paragraphs 60 and 61 constitute infringement of the '293 and '719 Patents by Defendant S. Link by active inducement.

## COUNT VI
## DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
## by Defendant Zeetron

64.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-63 as if fully set forth.

65.     On information and belief, Defendant Zeetron owns, controls and/or operates the website located at URL http://www.zeetron.com.

66.     On information and belief, Defendant Zeetron has sold, offered for sale, and/or imported into the United States on or after the issue dates of the '293 and '719 Patents, products which incorporate the claimed design of the '293 and '719 Patents.  These products are being offered for sale and/or sold under the name "Foldable Stand/Holder/Cradle for iPad Macbook Laptop Notebook Tablet PC".  A screen capture from www.amazon.com showing said product is attached as <u>Exhibit H</u>.

67.     On information and belief, Defendant Zeetron continues to sell, offer for sale, and/or import into the United States the products referred to in paragraph 66.

68.     The acts referred to in paragraphs 66 and 67 were engaged in without authority from Plaintiff IOP.

69.     Each of the acts referred to in paragraphs 66 and 67 constitute infringement of the '293 and '719 Patents.

70.     On information and belief, during at least a portion of the period of time that Defendant Zeetron engaged in the acts referred to in paragraphs 66 and 67, Defendant Zeetron had actual knowledge of the '293 and '719 Patents.

71.     On information and belief, during at least a portion of the period of time that Defendant Zeetron engaged in the acts referred to in paragraphs 66 and 67, Defendant Zeetron knew or should have known that its acts constituted infringement of the '293 and '719 Patents.

72.     On information and belief, Defendant Zeetron's infringement of the '293 and '719 Patents is willful.

**COUNT VII**
**INDIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS**
**ACTIVE INDUCEMENT**
**by Defendant Zeetron**

73.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1 through 72 as if fully set forth.

74.     On information and belief, Defendant Zeetron, on or after the issue dates of the '293 and '719 Patents, sold and/or offered for sale the products referred to in paragraph 66 to customers located in the United States knowing that the customers would use said products within the United States in violation of 35 U.S.C. § 271(a).

75.     On information and belief, Defendant Zeetron continues to engage in the acts referred to in paragraph 74.

76.     Defendant Zeetron's acts, as set forth in paragraphs 74 and 75, were engaged in without authority from Plaintiff IOP.

77.     The acts referred to in paragraphs 74 and 75 constitute infringement of the '293 and '719 Patents by Defendant Zeetron by active inducement.

<u>**COUNT VIII**</u>
<u>**DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS**</u>
<u>**by Defendant GainGame**</u>

78.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-77 as if fully set forth.

79.     On information and belief, Defendant GainGame owns, controls and/or operates the websites located at URLs http://www.etech.com, http://www.gadgettown.com, and http://www.yallstore.com.

80.     On information and belief, Defendant GainGame has sold, offered for sale, and/or imported into the United States on or after the issue dates of the '293 and '719 Patents, products which incorporate the claimed design of the '293 and '719 Patents.  These products are being offered for sale and/or sold under the names "Folding Holder Stand For Apple iPad Mac

Netbook Laptop" and "New Portable Folding Stand Mount Holder For iPad Laptop".  Screen

captures from www.ebay.com showing said products are attached as <u>Exhibit I</u>.

81.     On information and belief, Defendant GainGame continues to sell, offer for sale,

and/or import into the United States the products referred to in paragraph 80.

82.     The acts referred to in paragraphs 80 and 81 were engaged in without authority

from Plaintiff IOP.

83.     Each of the acts referred to in paragraphs 80 and 81 constitute infringement of the

'293 and '719 Patents.

84.     On information and belief, during at least a portion of the period of time that

Defendant GainGame engaged in the acts referred to in paragraphs 80 and 81, Defendant

GainGame had actual knowledge of the '293 and '719 Patents.

85.     On information and belief, during at least a portion of the period of time that

Defendant GainGame engaged in the acts referred to in paragraphs 80 and 81, Defendant

GainGame knew or should have known that its acts constituted infringement of the '293 and

'719 Patents.

86.     On information and belief, Defendant GainGame's infringement of the '293 and

'719 Patents is willful.

### COUNT IX
### INDIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
### ACTIVE INDUCEMENT
### by Defendant GainGame

87.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1

through 86 as if fully set forth.

88.     On information and belief, Defendant GainGame, on or after the issue dates of the

'293 and '719 Patents, sold and/or offered for sale the products referred to in paragraph 80 to

customers located in the United States knowing that the customers would use said products within the United States in violation of 35 U.S.C. § 271(a).

89.     On information and belief, Defendant GainGame continues to engage in the acts referred to in paragraph 88.

90.     Defendant GainGame's acts, as set forth in paragraphs 88 and 89, were engaged in without authority from Plaintiff IOP.

91.     The acts referred to in paragraphs 88 and 89 constitute infringement of the '293 and '719 Patents by Defendant GainGame by active inducement.

**COUNT X**
**DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS**
**by Defendant LapWorks**

92.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-91 as if fully set forth.

93.     On information and belief, Defendant LapWorks owns, controls and/or operates the website located at URL http://www.laptopdesk.net.

94.     On information and belief, Defendant LapWorks has sold, offered for sale, and/or imported into the United States on or after the issue dates of the '293 and '719 Patents, products which incorporate the claimed design of the '293 and '719 Patents.  These products are being offered for sale and/or sold under the name "IPAD TRIPAD STAND" (LapWorks Item No. IPAD-TRIPAD-STND).  A screen capture from www.laptopdesk.net showing said products is attached as Exhibit J.

95.     On information and belief, Defendant LapWorks continues to sell, offer for sale, and/or import into the United States the products referred to in paragraph 94.

96.     The acts referred to in paragraphs 94 and 95 were engaged in without authority from Plaintiff IOP.

97.     Each of the acts referred to in paragraphs 94 and 95 constitute infringement of the '293 and '719 Patents.

98.     On information and belief, during at least a portion of the period of time that Defendant LapWorks engaged in the acts referred to in paragraphs 94 and 95, Defendant LapWorks had actual knowledge of the '293 and '719 Patents.

99.     On information and belief, during at least a portion of the period of time that Defendant LapWorks engaged in the acts referred to in paragraphs 94 and 95, Defendant LapWorks knew or should have known that its acts constituted infringement of the '293 and '719 Patents.

100.    On information and belief, Defendant LapWorks's infringement of the '293 and '719 Patents is willful.

### COUNT XI
### INDIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
### ACTIVE INDUCEMENT
### by Defendant LapWorks

101.    Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1 through 100 as if fully set forth.

102.    On information and belief, Defendant LapWorks, on or after the issue dates of the '293 and '719 Patents, sold and/or offered for sale the products referred to in paragraph 94 to customers located in the United States knowing that the customers would use said products within the United States in violation of 35 U.S.C. § 271(a).

103.    On information and belief, Defendant LapWorks continues to engage in the acts referred to in paragraph 102.

104.     Defendant LapWorks's acts, as set forth in paragraphs 102 and 103, were engaged in without authority from Plaintiff IOP.

105.     The acts referred to in paragraphs 102 and 103 constitute infringement of the '293 and '719 Patents by Defendant LapWorks by active inducement.

<div align="center">

**COUNT XII**
**DIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS**
**by Defendant Neoteric**

</div>

106.     Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1-105 as if fully set forth.

107.     On information and belief, Defendant Neoteric owns, controls and/or operates the website located at URL http://www.wowparts.com.

108.     On information and belief, Defendant Neoteric has sold, offered for sale, and/or imported into the United States on or after the issue dates of the '293 and '719 Patents, products which incorporate the claimed design of the '293 and '719 Patents.  These products are being offered for sale and/or sold under the name "Mobile Folding Laptop Notebook PC Stand Holder For iPad".  A screen capture from www.ebay.com showing said products is attached as Exhibit K.

109.     On information and belief, Defendant Neoteric continues to sell, offer for sale, and/or import into the United States the products referred to in paragraph 108.

110.     The acts referred to in paragraphs 108 and 109 were engaged in without authority from Plaintiff IOP.

111.     Each of the acts referred to in paragraphs 108 and 109 constitute infringement of the '293 and '719 Patents.

112.    On information and belief, during at least a portion of the period of time that Defendant Neoteric engaged in the acts referred to in paragraphs 108 and 109, Defendant Neoteric had actual knowledge of the '293 and '719 Patents.

113.    On information and belief, during at least a portion of the period of time that Defendant Neoteric engaged in the acts referred to in paragraphs 108 and 109, Defendant Neoteric knew or should have known that its acts constituted infringement of the '293 and '719 Patents.

114.    On information and belief, Defendant Neoteric's infringement of the '293 and '719 Patents is willful.

## COUNT XIII
## INDIRECT INFRINGEMENT OF THE '293 AND '719 PATENTS
## ACTIVE INDUCEMENT
## by Defendant Neoteric

115.    Plaintiff IOP incorporates by reference the allegations stated in paragraphs 1 through 114 as if fully set forth.

116.    On information and belief, Defendant Neoteric, on or after the issue dates of the '293 and '719 Patents, sold and/or offered for sale the products referred to in paragraph 108 to customers located in the United States knowing that the customers would use said products within the United States in violation of 35 U.S.C. § 271(a).

117.    On information and belief, Defendant Neoteric continues to engage in the acts referred to in paragraph 116.

118.    Defendant Neoteric's acts, as set forth in paragraphs 116 and 117, were engaged in without authority from Plaintiff IOP.

119.    The acts referred to in paragraphs 116 and 117 constitute infringement of the '293 and '719 Patents by Defendant Neoteric by active inducement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff IOP respectfully prays as follows:

(a)      That it is decreed that each of the Defendants has infringed the '293 Patent;

(b)      That it be decreed that the '293 Patent is valid and enforceable;

(c)      That it is decreed that each of the Defendants has infringed the '719 Patent;

(d)      That it be decreed that the '719 Patent is valid and enforceable;

(e)      That the Defendants be ordered to account for and pay damages adequate to compensate Plaintiff IOP for its damages caused by the infringements by Defendants of the patents in suit;

(f)      That these damages be increased, pursuant to 35 U.S.C § 284, to up to three times the actual damages found or assessed by the Court, and that interest be paid by each Defendant from the date of its initial infringement;

(g)      That Plaintiff IOP be awarded its attorneys fees, pursuant to 35 U.S.C. § 285, and an assessment of interest, costs, and expenses for this suit;

(h)      That a permanent injunction be issued enjoining the Defendants from future acts of infringement; and

(i)      That Plaintiff IOP be granted such other and additional relief as may be deemed proper under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff Innovative Office Products, Inc., under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Respectfully submitted,

**DESIGN IP**

_____

Damon A. Neagle
Design IP, P.C.
Commerce Corporate Center
5100 W. Tilghman Street, Suite 205
Allentown, PA  18104
Telephone:  (610) 395-4900
Facsimile:  (610) 680-3312
E-mail:  damonneagle@designip.com

ATTORNEYS FOR INNOVATIVE OFFICE PRODUCTS, INC.

Dated: September 2, 2010

# Exhibit A

US00D575293S

(12) **United States Design Patent**   (10) Patent No.: **US D575,293 S**

Derry et al.   (45) Date of Patent: ✱✱ **Aug. 19, 2008**

(54) **FOLDING STAND**

(75) Inventors: **Bradley A. Derry**, Easton, PA (US);
**David VanDuzer**, Slatington, PA (US)

(73) Assignee: **Innovative Office Products, Inc.**,
Easton, PA (US)

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/286,166**

(22) Filed: **Apr. 25, 2007**

(51) **LOC (8) Cl.** ................................................. **14-03**

(52) **U.S. Cl.** .................................................... **D14/447**

(58) **Field of Classification Search** ............... D14/432,
D14/434, 439, 448, 457, 447, 451, 452; D6/396,
D6/419, 420, 473, 474, 512; D19/92, 95;
D23/370, 387; 248/917, 918, 919, 920, 921,
248/922, 923, 924, 371, 393, 398, 176.1,
248/176.2, 176.3, 188.6, 346.01, 346.03,
248/346.06, 346.3, 346.4, 346.5, 441.1, 454,
248/455, 456, 460; 312/223.3; 361/680,
361/681, 683, 687, 688, 693, 694, 695; D13/179
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,383,634 A ✱ 1/1995 Liao ............................ 248/166
D357,828 S ✱ 5/1995 Liao ............................ D6/466

(Continued)

OTHER PUBLICATIONS

Cricket Laptop Stand, Dec. 10, 2007, http://www.en-genius.net/site/
zones/engeniusBLOG/greenpowerZONE/grne_121007.✱

(Continued)

*Primary Examiner*—Jennifer Rivard
*Assistant Examiner*—Angela J Lee
(74) *Attorney, Agent, or Firm*—Lerner, David, Littenebrg,
Krumholz & Mentlik, LLP

(57) **CLAIM**

The ornamental design for a folding stand, as shown and
described.

DESCRIPTION

U.S. patent application Ser. No. 11/789,692, is filed concurrently herewith and entitled "Folding Support Stand for Portable Electronic Devices," the entire disclosure of which, including the figures, is hereby incorporated by reference herein.

FIG. **1** is a perspective view of a folding stand in accordance with present invention;

FIG. **2** is a front elevational view of the folding stand of FIG. **1**;

FIG. **3** is a rear elevational view of the folding stand of FIG. **1**;

FIG. **4** is a right side elevational view of the folding stand of FIG. **1**;

FIG. **5** is a left side elevational view of the folding stand of FIG. **1**;

FIG. **6** is a top plan view of the folding stand of FIG. **1**;

FIG. **7** is a bottom plan view of the folding stand of FIG. **1**;

FIG. **8** is a perspective view of the folding stand of FIG. **1** shown in a compact orientation;

FIG. **9** is a front elevational view of the folding stand as shown in FIG. **8**;

FIG. **10** is a rear elevational view of the folding stand of FIG. **8**;

FIG. **11** is a right side elevational view of the folding stand of FIG. **8**;

FIG. **12** is a left side elevational view of the folding stand as shown in FIG. **8**;

FIG. **13** is a top plan view of the folding stand as shown in FIG. **8**; and,

FIG. **14** is a bottom plan view of the folding stand as shown in FIG. **8**.

The appearance of elements presented in broken line format form no part of the claimed invention.

**1 Claim, 10 Drawing Sheets**



**US D575,293 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,497,971 | A | * | 3/1996 | Spiro ........................ 248/455 |
| 5,957,417 | A | * | 9/1999 | Yu ............................ 248/166 |
| 6,017,012 | A | * | 1/2000 | Henson, Jr. ................ 248/460 |
| 6,113,040 | A | * | 9/2000 | Yu ............................ 248/166 |
| 6,412,742 | B1 | * | 7/2002 | Yu ........................... 248/434 |
| 6,533,228 | B1 | * | 3/2003 | Yu ............................ 248/166 |
| D495,337 | S | * | 8/2004 | Zerman et al. ............. D14/447 |
| D538,554 | S | * | 3/2007 | Tai ............................ D6/466 |
| D539,806 | S | * | 4/2007 | Yu et al. .................... D14/447 |
| 2002/0088914 | A1 | * | 7/2002 | Yu ............................ 248/434 |
| 2004/0007651 | A1 | | 1/2004 | Williams et al. |

OTHER PUBLICATIONS

"Notebook Spyder Laptop Stand" retrieved from the Internet at <http://www.ergostoreonline.com/notebook_spyder.html> on Mar. 8, 2007 (1 page).

"Laptop Prop Laptop Stand" retrieved from the internet at <http://www.ergostoreonline.com/laptop-prop-laptop-stand.html> on Mar. 8, 2007 (1 page).

"Standit The egonomic laptop sand to improve your posture" retrieved from the Internet at http:// www.standit.com/models.html <http://www.standit.com/models.html> on Mar. 8, 2007 (2 pages).

U.S. Appl. No. 11/508,367, filed Aug. 23, 2006, entitled "Laptop Holder for Extension Arm", (56 pages).

U.S. Appl. No. 29/261,219, filed Jun. 9, 2006, entitled "Laptop Holder", (8 pages).

* cited by examiner



FIG. 1

## FIG. 2



FIG. 3



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*

*FIG. 11*





*FIG. 13*



*FIG. 12*



*FIG. 14*



# Exhibit
# B

(12) **United States Patent** (10) **Patent No.:** **US 7,712,719 B2**

Derry et al. (45) **Date of Patent:** **May 11, 2010**

(54) **FOLDING SUPPORT STAND FOR PORTABLE ELECTRONIC DEVICES**

(75) Inventors: **Bradley A. Derry**, Easton, PA (US);
**Robert Altonji**, Quakertown, PA (US);
**Odd N. Oddsen, Jr.**, Easton, PA (US)

(73) Assignee: **Innovative Office Products, Inc.**,
Easton, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 171 days.

(21) Appl. No.: **11/789,692**

(22) Filed: **Apr. 25, 2007**

(65) **Prior Publication Data**

US 2008/0265109 A1      Oct. 30, 2008

(51) **Int. Cl.**
*A47B 95/00*        (2006.01)
(52) **U.S. Cl.** ................................. **248/346.06**
(58) **Field of Classification Search** ................. 248/447,
248/454, 460, 462, 463, 464, 165, 170, 88,
248/917, 918, 441.1, 453, 455
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,803,872 A | 8/1957 | Massa | |
| 5,205,526 A | * 4/1993 | Deutsch | ...................... 248/449 |
| 5,358,204 A | 10/1994 | Terada | |
| 5,383,634 A | 1/1995 | Liao et al. | |
| 5,390,885 A | 2/1995 | Shen et al. | |
| D357,828 S | 5/1995 | Liao et al. | |
| 5,497,971 A | 3/1996 | Spiro | |
| 5,957,417 A | 9/1999 | Yu et al. | |
| 6,017,012 A | 1/2000 | Henson, Jr. | |
| 6,113,040 A | 9/2000 | Yu et al. | |
| 6,412,742 B1 | 7/2002 | Yu et al. | |

| | | | |
|---|---|---|---|
| 6,533,228 B1 | 3/2003 | Yu et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| GB | 19098172 | 2/1910 |
|---|---|---|

OTHER PUBLICATIONS

"Notebook Spyder Laptop Stand" retrieved from the Internet at <http://www.ergostoreonline.com/notebook__spyder.html> on Mar. 8, 2007 (1 page).

(Continued)

*Primary Examiner*—J. Allen Shriver, III
*Assistant Examiner*—Erin Smith
(74) *Attorney, Agent, or Firm*—Design IP

(57) **ABSTRACT**

The present invention provides a portable support stand for various devices such as laptop computes, tablet PCs and other electronic equipment. The stand has a tripod configuration which promotes stability of the user device. The front legs of the tripod may be adjusted between compact and extended positions, and may be placed in a position relative to the rear leg anywhere from 0° in a fully closed position to approximately 180° in a fully open position. Audible indicators are used with overall stand adjustment and with adjustment of stoppers at the ends of the front legs. Adjustment of the front legs relative to the rear leg employs a pivot section, including a finger disc spring, an adjustment actuator and an engagement member between the spring and the actuator. The engagement member includes projections or dimples which engage receptacles on an engagement member to secure the stand in a desired arrangement.

**19 Claims, 28 Drawing Sheets**



## US 7,712,719 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,579,017 | B2 * | 6/2003 | Wei | 396/428 |
| D495,337 | S | 8/2004 | Zerman et al. | |
| 6,886,966 | B2 * | 5/2005 | Humphrey | 362/417 |
| D538,554 | S * | 3/2007 | Tai | D6/466 |
| D539,806 | S | 4/2007 | Yu et al. | |
| 2002/0088914 | A1 | 7/2002 | Yu | |
| 2004/0007651 | A1 | 1/2004 | Williams et al. | |
| 2006/0255229 | A1 | 11/2006 | Cheng | |
| 2007/0012827 | A1 | 1/2007 | Fu et al. | |
| 2007/0075208 | A1 * | 4/2007 | Chen | 248/455 |
| 2007/0096002 | A1 * | 5/2007 | Knight | 248/460 |

### OTHER PUBLICATIONS

"Laptop Prop Laptop Stand" retrieved from the Internet at <http://www.ergostoreonline.com/laptop-prop-laptop-stand.html> on Mar. 8, 2007 (1 page).
"STANDIT The ergonomic laptop sand to improve your posture" retrieved from the Internet at http:// www.standit.com/models.html <http://www.standit.com/models.html> on Mar. 8, 2007 (2 pages).
U.S. Appl. No. 11/508,367, filed Aug. 23, 2006, entitled "Laptop Holder for Extension Arm", (56 pages).
U.S. Design Appl. No. 29/261,219, filed Jun. 9, 2006, entitled "Laptop Holder", (8 pages).
Cricket Laptop Stand, Dec. 10, 2007, http://www.en-genius.net/site/zones/engeniusBLOG/greenpowerZONE/ gme__121007.

* cited by examiner

FIG. 1C

FIG. 1F

FIG. 1B

FIG. 1D

FIG. 1A

FIG. 1E





FIG. 2C

20

100



FIG. 2F



FIG. 2B



FIG. 2E

100



20

FIG. 2A



FIG. 2D





FIG. 3C

FIG. 3G

FIG. 3E

FIG. 3H

FIG. 3D

FIG. 3F

102

104

106





FIG. 5
100







FIG. 8B



FIG. 8A
118
166



FIG. 8H



FIG. 8E

FIG. 8G

FIG. 8D

FIG. 8F





FIG. 8C







FIG. 11J

FIG. 11I
126'

FIG. 11P

FIG. 11O

FIG. 11K

FIG. 11L

FIG. 11M

FIG. 11N



FIG. 12B

192

FIG. 12A
128

192

188

FIG. 12C

192

FIG. 12D

188

190

194

FIG. 12E

192

FIG. 12F

194

190

FIG. 12H

FIG. 12G







FIG. 14B

FIG. 14A

FIG. 14C
14A – 14A

FIG. 14D
14B – 14B



FIG. 15A

FIG. 15B

FIG. 15C

FIG. 15D
15A – 15A

FIG. 15E
15B – 15B



FIG. 16A

FIG. 16B

FIG. 16C

FIG. 16D
16A – 16A

FIG. 16E
16B – 16B





FIG. 18A
138

FIG. 18B

252

250



FIG. 18H

FIG. 18C

FIG. 18D

FIG. 18G

248

252

FIG. 18E

FIG. 18F

252

250

248











FIG. 23C

FIG. 23E

FIG. 23G

FIG. 23B

FIG. 23D

FIG. 23F

FIG. 23A



US 7,712,719 B2

# FOLDING SUPPORT STAND FOR PORTABLE ELECTRONIC DEVICES

## CROSS REFERENCE TO RELATED APPLICATIONS

The present application is related to U.S. Design patent application Ser. No. 29/286,166, entitled FOLDING STAND, filed concurrently herewith, the entire disclosure of which is hereby expressly incorporated by reference herein.

## BACKGROUND OF THE INVENTION

The present invention relates to a device for use in supporting and displaying electronic devices. More particularly, the present invention is particularly adapted for use as a portable support stand for use with laptop computers, tablet computers and other portable computing and entertainment devices and the like.

Laptop computers, tablet PCs and similar portable devices are often used in home and office environments, at tradeshows, offsite meetings, etc., and may be placed on a desk, table or other surface and used as a stand alone device or in conjunction with a docking station. Unfortunately, conveniences in size and portability may not be matched by proper ergonomics or convenience in the placement of such devices. For instance, when using a laptop, the keyboard should be positioned a comfortable distance from the user to avoid wrist, back and/or neck strain, but the display should be positioned at an appropriate distance and angle to avoid eye strain. These requirements may conflict, causing the user to choose between undesirable alternatives.

Therefore, it is desirable to provide solutions to ergonomics and other problems. For instance, it is possible to provide a support device for use with the laptop computer or other portable electronic device itself. The support device may take the form of an extension arm adapted for handling laptop computers. An example of an extension arm and supporting device for use with laptop computers is shown and described in U.S. Patent Publication No. 2004/0007651, entitled "Universal Support for Electronic Devices," the entire disclosure of which is fully incorporated by reference herein.

Another example of supporting apparatus for laptops and other portable electronic devices may be found in U.S. patent application Ser. No. 11/508,367, filed on Aug. 23, 2006 and entitled "Laptop Holder for Extension Arm," the entire disclosure of which is fully incorporated by reference herein. Yet another example of a laptop holder may be found in U.S. Design patent application Ser. No. 29/261,219, filed on Jun. 9, 2006 and entitled "Laptop Holder," the entire disclosure of which is fully incorporated by reference herein.

While such laptop extension arms and laptop holders are suitable for supporting laptop computers and the like, a need exists for support stands that can efficiently and stably support the user's device and while also being compact and easily portable.

## SUMMARY OF THE INVENTION

In accordance with an embodiment of the present invention, a portable support stand for supporting an electronic device is provided. The stand comprises a first support leg, an adjustment member and a pair of adjustable support legs. The first support leg has an elongated body and a pivot member. The elongated body includes a first end for contacting a support surface and a second end remote from the first end. The pivot member is disposed adjacent the second end of the

elongated body. The adjustment member is rotatably coupled to the pivot member of the first support leg. The pair of adjustable support legs each has a respective first leg member and a respective second leg member slideably attached to the respective first leg member thereof. Each first leg member has a first end pivotally coupled to the adjustment member, a second end remote from the first end and a receptacle disposed between the first and second ends. Each second leg member has first and second ends thereof. The second leg members is operable to move between a compact position in which the respective second leg member is substantially received within the receptacle of the respective first leg, as shown in FIGS. 15A-15E, and an extended position in which the second leg member is substantially removed from the receptacle of the respective first leg member, as shown in FIGS. 16A-16E. Furthermore, the pair of adjustable support legs is operable to jointly rotate between a closed position adjacent to the first support leg, as shown in FIGS. 4A-4H, and an open position with the second ends of the first and second leg members spaced apart from the first end of the first support leg, as shown in FIGS. 3A-3H.

In one alternative, the portable support stand further comprises a pair of stopper members that each has first and second ends. The first end of each stopper member is coupled to the second end of a respective one of the second leg members. Each stopper member is operable to move between a closed position with the second end of the stopper member adjacent the second end of the respective second leg member, as seen in FIGS. 15A-15B, and an open position with the second end of the stopper member not adjacent the second end of the respective second leg member, as seen in FIGS. 16A-16B.

In an example, the stopper members are rotatably coupled to the second ends of the respective second leg members, and the open position is substantially perpendicular to the closed position. In another example, the stopper members and the adjustment member each include a point of contact for supporting the electronic device at three points. In a further example, each stopper member includes means for producing an audible indicator to identify that respective stopper member is in the open or closed position.

In another alternative, the pivot member includes a first engagement member and the adjustment member includes a second engagement member adjustably coupled to the first engagement member to lock the adjustable support legs in the closed position and in the open position, and to permit movement of the adjustable support legs between the closed and open positions. In one example, the first engagement member includes a plurality of connectors and the second engagement member includes at least one connection member operable to couple with a first one of the plurality of connectors in the closed position and with a second one of the plurality of connectors in the open position. In another example, the support stand further comprises a spring device disposed between the first and second engagement members.

In a further alternative, each of the adjustable support legs includes means for producing an audible indicator to identify when the respective adjustable support leg is in the compact or extended position.

In accordance with another embodiment of the present invention, a portable support stand for supporting an electronic device is provided. The stand comprises a first support leg, a pair of adjustable support legs and an adjustment member. The first support leg has an elongated body including a first end for contacting a support surface and a second end remote from the first end. The adjustment member rotatably couples the pair of adjustable support legs to the second end of the first support leg. The adjustment member includes a

3

first engagement member, a pivot device, a second engagement member, a spring device and an adjustment actuator. The first engagement member is coupled to the first support leg. The engagement member has a first surface including plurality of first connection members distributed about a central rotation point and at least one second connection member disposed in the first surface. The pivot device includes a first section adjustably coupled to the engagement member and a second section adjustably coupled to both first leg members. The second engagement member includes at least one connection member operable to releasably engage at least one of the first connection members of the first engagement member. The spring device is substantially disposed between the pivot device and the second engagement device. The adjustment actuator is coupled to the second engagement device. In operation, when the adjustment actuator is in a first state, the at least one connection member of the second engagement member is securely coupled to at least one of the first connection members of the first engagement member. And when the adjustment actuator is in a second state, the at least one connection member of the second engagement member is decoupled from the at least one first connection member so that the pair of adjustable support legs is moveable between a closed position adjacent to the first support leg and an open position with the second ends of the first and second leg members spaced apart from the first end of the first support leg.

In one alternative, the pair of adjustable support legs each includes a first leg member and a second leg member slideably coupled to the respective first leg member thereof. The first support leg preferably has a fixed length.

In another alternative, the plurality of first connection members is desirably distributed in a circular arrangement about the central rotation point. In this case, the plurality of first connection members are most preferably receptacles, and the at least one connection member comprises at least one projection operable to releasably engage at least one respective connection members.

In a further alternative, the portable support stand additionally comprising at least one magnet received in the first support leg for magnetically securing the pair of adjustable support legs to the first support leg in the closed position.

In yet another alternative, the portable support stand further comprises a pair of stopper members. Here, a first one of the stopper members is coupled to a first one of the adjustable support legs and a second one of the stopper members is coupled to a second one of the adjustable support legs. The pair of stopper members is moveable between a compact position when the support stand is in the closed position and an extended position when the support stand is in the open position.

In one example, the electronic device is operable to rest on the support stand at three points when the support stand is in the open position. Here, the pair of stopper members each provide a first point of contact for the electronic device and the first support leg provides a second point of contact for the electronic device in a tripod arrangement.

In another example, when the stand is in the open position it has a double tripod configuration for supporting the electronic device and for contacting the support surface. Most preferably, in the double tripod configuration the first end of the first support leg provides a first point of contact with the support surface and the pair of stopper members each providing separate second points of contact with the support surface. And the second end of the first support leg providing a first

4

point of contact for the user device and the pair of stopper members each provide separate second points of contact for the user device.

In accordance with a further embodiment of the present invention, a portable support stand for use with an electronic device comprises a first support leg, a pair of adjustable support leg and an adjusting means. The first support leg has an elongated body including a first end for contacting a support surface and a second end remote from the first end. The pair of adjustable support legs each has a first leg member and a second leg member slideably attached to the respective first leg member thereof. The adjusting means is for adjusting a position of the pair of adjustable support legs relative to the first support leg so that the portable support stand is configured in either a closed position or an open position. Furthermore, in the open position the support stand has a double tripod configuration for supporting the electronic device and for contacting the support surface.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1A-1F illustrate a stand device supporting a laptop computer in accordance with aspects of the present invention.

FIGS. 2A-2F illustrate the stand device of FIGS. 1A-1F supporting a tablet PC in accordance with aspects of the present invention.

FIGS. 3A-3H illustrate a portable stand in accordance with aspects of the present invention.

FIGS. 4A-4H illustrate the portable stand of FIGS. 3A-3F in a compact configuration in accordance with aspects of the present invention.

FIG. 5 illustrates an exploded view of the portable stand of FIGS. 3A-3F in accordance with aspects of the present invention.

FIGS. 6A-6H illustrate a first section of the portable stand of FIG. 5 in accordance with aspects of the present invention.

FIGS. 7A-7H illustrate a second section of the portable stand of FIG. 5 in accordance with aspects of the present invention.

FIGS. 8A-8H illustrate a grip member of the stand of FIG. 5 in accordance with aspects of the present invention.

FIGS. 9A-9H illustrate a portion of a front leg of the stand in FIG. 5 in accordance with aspects of the present invention.

FIGS. 10A-10H illustrate a second portion of the front leg of the stand in FIG. 5 in accordance with aspects of the present invention.

FIGS. 11A-11P illustrate a third portion of the front leg of the stand in FIG. 5 in accordance with aspects of the present invention.

FIGS. 12A-12P illustrate a fourth portion of the front leg of the stand in FIG. 5 in accordance with aspects of the present invention.

FIGS. 13A-13H illustrate a stopper for use with the front legs of the stand in accordance with aspects of the present invention.

FIGS. 14A-14D illustrate a lower leg assembly in accordance with aspects of the present invention.

FIGS. 15A-15E illustrate a front leg assembly in a compact position in accordance with aspects of the present invention.

FIGS. 16A-16E illustrate the front leg assembly of FIGS. 15A-15E in an extended position in accordance with aspects of the present invention.

FIGS. 17A-17H illustrate a portion of a pivot device in accordance with aspects of the present invention.

FIGS. 18A-18H illustrate a spring device in accordance with aspects of the present invention.

5

FIGS. **19**A-**19**H illustrate an engagement member in accordance with aspects of the present invention.

FIGS. **20**A-**20**H illustrate an actuator in accordance with aspects of the present invention.

FIGS. **21**A-**21**H illustrate a cover in accordance with aspects of the present invention.

FIGS. **22**A-**22**C illustrate stand assembly in accordance with aspects of the present invention.

FIGS. **23**A-**23**G illustrate exemplary compact positioning of a stand in accordance with aspects of the present invention.

FIGS. **24**A-**24**G illustrate exemplary extended positioning of a stand in accordance with aspects of the present invention.

## DETAILED DESCRIPTION

The aspects, features and advantages of the present invention will be appreciated when considered with reference to the following description of preferred embodiments and accompanying figures. In describing the preferred embodiments of the invention illustrated in the figures, specific terminology will be used for the sake of clarity. However, the invention is not intended to be limited to the specific terms so selected, and it is to be understood that each term selected includes all technical equivalents that operate in a similar manner to accomplish a similar purpose.

As mentioned above, the present invention provides a portable support platform or stand that is suitable for use with laptop computers, tablet computers and other portable equipment. FIGS. **1**A-**1**F illustrate a laptop computer **10** that is supported by a stand **100**. FIGS. **2**A-**2**F illustrate the stand **100** supporting a tablet style personal computer ("tablet PC") **20**. As can be seen in the various views of FIGS. 1 and 2, the stand **100** has a tripod-type configuration, which, as will be explained in more detail below, may be placed on many different surfaces in a wide variety of orientations and positions. This gives the user supreme flexibility in placing his or her laptop computer, tablet PC or other device in the exact arrangement desired. While the laptop computer **10** and tablet PC **20** are exemplary, the stand **100** may support portable devices of many different types and configurations, including but not limited to PDAs, personal stereos, pictures, etc.

FIGS. **3**A-**3**H illustrate the stand **100** in detail. As seen in the front and rear perspective views of FIGS. 3A and 3B, the stand **100** includes a pair of front legs **102** and **104** that are coupled to a rear leg **106**. The front legs **102** and **104** are preferably adjustable to varying lengths, which enables the stand **100** to accommodate devices of varying sizes and shapes. Furthermore, the front legs **102** and **104** may be adjusted independently of one another, which is particularly helpful when positioning the laptop or tablet PC on an uneven surface.

As shown in the views of FIGS. **3**A-**3**H, the front legs **102** and **104** preferably include a pair of stoppers **108**a,b. The stoppers **108**a,b help support the user device and prevent it from slipping off of the legs **102** and **104**. Preferably, the legs **102** and **104** have a bowed or curved upper surface. In this case, the laptop **10**, tablet PC **20** or other portable device will rest on the stand at three points, namely points A, B and C as shown in FIG. **3**A and FIG. **1**E. In addition to the overall open architecture, this bowed/curved tripod-type configuration promotes air circulation and cooling for the user device. Furthermore, by contacting the stand **100** at only three locations, this gives additional stability to the user device. This may be especially important for table PC-type devices or laptops where the user is writing on or typing on the device, where a wobbly device is especially undesirable.

6

Also shown in these figures is a pivot section **110**, which enables the legs **102** and **104** to rotatably move relative to the leg **106** from the "open" configuration shown to a "closed" configuration as illustrated in FIGS. **4**A-**4**H. In the closed configuration, it can be seen that the front legs **102** and **104** are placed in a compact parallel orientation as opposed to the extended angled configuration of FIGS. **3**A-**3**H. Furthermore, the legs **102** and **104** may be placed in parallel orientation with the leg **106** as well. Thus, in this arrangement, the stand **100** is not only compact, but is easily portable by the user. This makes the stand **100** very beneficial for people who are on the go and need a portable stand for their laptop or tablet PC which can be folded away when traveling or when it is otherwise not being used.

It can be seen in FIGS. 3 and 4 that the legs are moveable along two general paths or planes. In the first path, the front legs **102** and **104** are moveable relative to the rear leg. In the second path or plane, the front legs **102** and **104** are also moveable relative to one another. Thus, the user may carry the stand **100** in a compact configuration with all three legs together, and may then open up the stand **100** so that the legs are positioned in a tripod configuration.

FIG. **5** is an exploded view of the stand **100** in order to better illustrate various aspects of the stand. As seen in this figure, the legs **102**, **104** and **106**, as well as the pivot section **110**, may be formed from a number of discrete components. For example, the rear leg **106** may comprise a main body portion **112** and a pivot member **114**. The pivot member **114** may be integrally formed with the main body portion **112** or may be fabricated separately and connected to the main body portion **112**. The leg **106** may also include one or both of a support member **116** and a grip member **118**.

While not required, one or more magnets **119** may also be incorporated into the rear leg **106**. The magnet(s) **119** may be used to help secure the leg **106** to the legs **102** and **104** when the stand **100** is in a closed or folded up (compact) arrangement. Preferably, at least a portion of the legs **102** and **104** are metallic or magnetic. Thus, when the stand **100** is closed, for example for travel, the magnet **119** magnetically holds the legs **102** and **104** to the leg **106**. The magnet **119** need only be strong enough to hold the legs together without making it difficult for the user to detach the legs **102** and **104** from the leg **106**. Furthermore, when the legs are drawn together, they provide a pleasing sound, letting the user know the legs are full closed together.

The legs **102** and **104** are preferably substantially mirror images of one another and are configured for easy adjustment by the user. For example, each leg **102** and **104** desirably includes an upper leg portion **120** and an adjustable lower leg portion **122**. The upper leg portion **120** may include a cover section **124**. The lower leg portion **122** preferably includes a sliding member **126** and a slide stopping member **128**. The stoppers **108**a,b are preferably coupled to one or both of the sliding member **126** and to the slide stopping member **128**.

The pivot section **110** preferably includes a central pivot **130**. The upper leg portions **120** are desirably adjustably coupled to the central pivot **130** by an adjustment mechanism such as pivot pin **132**. The pivot section **110** may also include an adjustment actuator such as push button **134**, an engagement member **136** and a spring device **138**. A fastener (not shown) and a cap **142** may also comprise part of the pivot section **110**.

Each of these components is illustrated in detail in the accompanying figures. For instance, FIGS. **6**A-**6**H illustrate the main body portion **112** and pivot member **114** of the rear leg **106**. As best seen in the perspective view of FIG. **6**A and the front view of FIG. **6**D, the main body portion **112** may

7

include a cavity 144 formed generally by sidewalls 146a,b and rear wall 148. The cavity 144 may include one or more receptacles 150 adapted to receive the magnets 119. The magnets 119 are preferably employed to secure the legs 102 and 104 to the leg 106 when the stand 100 is in the fully closed position.

The pivot member 114 preferably includes an opening or receptacle 152 adapted to receive fastener 154 (see FIG. 5). The fastener 154 may be, for instance, a screw which may threadedly engage the opening 152 and a threaded opening 156 in the support member 116 (see FIGS. 7A and 7C) to secure the support member 116 to the main body portion 112 of the rear leg 106. The pivot member 114 also desirably includes a pair of "arms" or extensions 157, which extend away from the main body portion 112 as shown in FIGS. 6C and 6D.

As best seen in FIGS. 6A, 6B and 6E, the pivot member 114 preferably also includes an engagement member 158. The engagement member 158 is preferably attached to or integrated with one of the extensions 157. As part of the pivot section 110, the engagement member 158 permits adjustment of the legs 102 and 104 relative to the rear leg 106, as will be described in more detail below. The engagement member 158 is desirably circular in configuration, and may include a central opening 160 and a series of openings 162 distributed around the central opening. One or more elongated openings 163 may also be disposed along the engagement member 158 between the central opening 160 and the openings 162. The other one of the extensions 157 preferably also includes a central opening 164 and an offset opening 165, as shown in FIG. 6F. The central opening 164 should be aligned with the central opening 160.

FIGS. 7A-7H illustrate the support member 116 in detail. As discussed above, the support member 116 preferably includes a threaded opening 156 so that the support member 116 may be secured to the main body portion 112 using a fastener. Other types of fasteners or connectors may be employed in lieu of a threaded screw. Alternatively, the support member 116 may be integrally molded or otherwise fabricated with the main body portion 112 to provide a unitary leg 106. A central support 159 may extend longitudinally span the support member 116.

FIGS. 8A-8H illustrate the grip member 118 in various orientations. The grip member 118 may be formed of rubber, plastic or other slip-resistant material. The grip member 118 is preferably attached to the end of the leg 106, for instance to the support member 116, to the main body portion 112, or to both. The configuration of the grip member 118 desirably includes a rounded surface 166 for contacting the support surface such as a desktop, although other configurations are possible. Alternatively, the member 118 may be replaced with another member having a non-gripping surface. This may be suitable for situations where it is desirable to move or reposition the stand 100 on a support surface.

In addition to the surface 166 of member 118, the other two points of contact for the stand 100 on the support surface are preferably the stoppers 108, as shown in the side view of FIG. 1E. As with the member 118, the stoppers 108 may include a gripping surface or a non-gripping surface. Preferably all three points of contact have either a gripping surface or a non-gripping surface. Thus, as seen in this figure, the stoppers 108 desirably provide two of the three resting points for the laptop 10, tablet PC 20 or other portable device, and also desirably provide two of the three support points when the stand 100 contacts a support surface. Furthermore, one end of the rear leg 106, such as at point A, preferably provides the third resting point for the user device with the other end of the

8

rear leg 106, such as at surface 166, preferably provides the third support point when the stand 100 rests on a support surface. Thus, it can be seen that the stand 100 preferably provides a "double tripod" configuration in which the stand rests on three points when placed on a support surface and also provides three points on which the user device rests. This double tripod arrangement is maintained no matter what specific placement is used to support the user device, as shown in the examples of FIGS. 1-2 and 23-24.

The legs 102 and 104, as explained above, may include a number of components, including an upper leg portion 120 and an adjustable lower leg portion 122. The upper leg portion 120 is illustrated in FIGS. 9A-9H, and the cover section 124 is illustrated in FIGS. 10A-10H. As the legs 102 and 104 are preferably substantially mirror images of one another, only the right leg components are illustrated in these figures.

For instance, as seen in the perspective views of FIGS. 9A and 9B, the upper leg portion 120 includes an elongated section 168 and a pivot section 170 adjacent thereto. The elongated section 168 preferably includes an opening 172 and a receptacle 174 that receive the adjustable lower leg portion 122. Disposed on a side wall of the elongated section 168 is a connection point 176 adapted to receive a corresponding connection member 178 on the cover section 124, which is shown in FIGS. 10A and 10D. While the elongated section 168 and the cover section 124 are shown as being separate components, it is possible to fabricate the upper leg portion 120 as a single, integral component.

As shown in FIGS. 9A-9C and 9E, the pivot section includes a receptacle 180, which is adapted to receive the pivot pin 132. Thus, when the leg 102 or 104 is connected to the central pivot 130, the upper leg portion 120 is operable to pivot about the axis of the pivot pin 132.

The lower leg portion 122, in particular the sliding member 126 and the slide stopping member 128, is illustrated in FIGS. 11 and 12. In the embodiment shown in FIGS. 11A-11H, the sliding member 126 preferably includes an elongated slot 182 along the body of the sliding member, a pivot member 184 adjacent a first end of the sliding member, and a recess 186 adjacent a second end of the sliding member.

FIGS. 11I-11P illustrate an alternative embodiment of the sliding member 126, namely sliding member 126'. The main differences between sliding member 126' and sliding member 126 are the addition of a generally arcuate receptacle 185 adjacent a boss or pivot member 206, as well a notch or cutout 187 adjacent the recess 186 at the second end of the sliding member.

In the embodiment shown in FIGS. 12A-12H, The slide stopping member 128 preferably includes an elongated tab member 188 adapted to fit the elongated slot 182 of the sliding member 126. An opening 190 is configured to receive the pivot member 184, and a tab member 192 is adapted to connect to the recess 186. The slide stopping member 128 preferably also includes a receptacle 194 for use with stopper 108.

FIGS. 12I-12P illustrate an alternative embodiment of the stopping member 128, namely stopping member 128'. Here, the stopping member 128' includes a spring member 195. The spring member 195 is preferably disposed at the end of the slide stopping member 128 opposite the end having the opening 190 and the receptacle 194. More preferably, the spring member 195 is desirably an extension of or adjacent to the tab member 192. A protrusion 208 and a spring member 210 are preferably also included as part of the stopping member 128'.

The protrusion 208 and spring member 210 are used in conjunction with the stopper, as will be described in more detail below with regard to FIGS. 14A-14D. The spring member 195 is used when sliding the lower leg portion 122' in and

9

out of the upper leg portion **120**, as will be described in more detail below with regard to FIGS. **15A-15E**.

While the sliding member **126** or **126'** and the slide stopping member **128** or **128'** are shown as being separate components, it is possible to fabricate the lower leg portion **122** as a single, integral component. Furthermore, while only right lower leg components are shown, the left lower leg components are substantially identical in configuration.

FIGS. **13A-H** illustrate the stopper **108** for use with the right leg including sliding member **126** and stopping member **128**, with the stopper **108** for use with the left leg being a mirror image of the right. As best seen in the perspective view of FIG. **13A** and the rear view of FIG. **13D**, the stopper **108** preferably includes a gripping or friction surface **196** along leg **198**, as well as a through hole **200** and a protrusion **202** on pivot section **204**.

The through hole **200** receives the pivot member **184** and may be secured thereto by a fastener such as a threaded screw or bolt. The protrusion **202** is received by the receptacle **194**. The stopper **108** may be adjusted between a closed position, for instance when the stand **100** is folded up, and an open position, for instance when the stand **100** is ready for use. The range of motion of the leg **198** depends upon the track provided by the receptacle **194** for the protrusion **202**. Thus, the leg may be configured to range, for example, along a 90° path between the open and closed positions. Other path ranges may be employed, by way of example only between 45° and 135°. Wider or narrower ranges may also be employed.

An alternative embodiment of the lower leg portion and the stopper is illustrated in FIGS. **14A-D**, which illustrates sliding member **126'** and stopping member **128'** as part of lower leg **122'**. In this embodiment, stopper **108'** pivotally couples to lower leg **122'** so that an audible indicator is generated upon extension and retraction of the stopper **108'**. FIGS. **14A** and **14B** illustrate perspective views of the leg **102** or **104** in an extended position.

FIG. **14C** is an enlarged view of section A-A from FIG. **14A**. Here, it can be seen that the lower leg **122'** preferably includes a boss **206**, a protrusion **208**, and a spring member **210**. As shown, the spring member **210** is preferably attached at one end **212** to the lower leg **122'** but has a second end **214** free to flex as the stopper **108'** moves.

As with the stopper **108**, the stopper **108'** may be coupled to the lower leg **122'** using a fastener such as a threaded screw or bolt. FIG. **14D** is an enlarged view of the stopper **108**, showing the pivot section **204** having through hole **200**, a first receptacle **218** and a second receptacle **220**. When the stopper **108'** is coupled to the lower leg **122'**, the first receptacle receives the protrusion **208**, and the second end **214** of the spring member **210** is received by the second receptacle **220**.

FIG. **14D** illustrates that the second receptacle preferably includes a raised member such as ramp **222**. Thus, as the stopper **108'** is adjusted between the open and closed positions, the second end **214** of the spring member **210** passes across the ramp **222**. While passing over the ramp **222**, the second end **214** is preferably compressed. And after passing beyond the ramp **222**, the second end **214** preferably snaps into back into an uncompressed state, which desirably creates a clicking or other sound. This audible indicator lets the user know that the stopper **108'** is now in the fully extended or fully closed position.

FIGS. **15** and **16** illustrate details of the legs **102** and **104** when in the closed and open positions, respectively. As seen in the closed views of FIGS. **15A-15C**, the lower leg portion **122'** (or **122**) is retracted within the upper leg portion **120**, specifically within the cavity **144**. FIG. **15D** illustrates a cutaway of the leg **102** or **104** taken along the **15A-15A** line

10

of FIG. **15C**. As can be seen in this view, the lower leg portion **122** preferably includes a groove **224**, and the cover section **124** preferably includes a stopping member **226**.

FIG. **15E** is an enlarged view taken about the **15B-15B** section of FIG. **15D**. Here, the spring member **195** of the lower leg portion **122'** is shown adjacent to a projection **228** that is preferably molded into the upper leg portion **120**. The projection **228** desirably abuts the spring member **195** and prevents removal of the lower leg portion **122** from the upper leg portion **120**, unless sufficient force is applied to bend the spring member **195** to clear the projection **228**. Once a sufficient amount of force is applied, for example by pulling on an exposed section of the lower leg portion **122**, the lower leg portion may be partly or fully extended. While only one projection **228** is illustrated, any number of projections **228** may be employed to permit graduated extension of the lower leg portion **122**.

FIGS. **16A-16E** illustrate the leg **102** or **104** in the fully open position. FIG. **16D** illustrates a cutaway of the leg **102** or **104** taken along the **16A-16A** line of FIG. **16C**, and FIG. **16E** is an enlarged view taken about the **16B-16B** section of FIG. **16D**. As best seen in FIG. **16E**, the stopping member **226** prevents further extension of the lower leg portion **122**. Also, the upper leg portion preferably also includes another projection, namely projection **230**. As the lower leg portion **122** is extended, the spring member **195** is deflected during its pass across the projection **230**. Once it reaches full extension, the spring member **195** clears the projection **230**, creating an audible indicator such as a clicking sound. This sound, as with the audible indicator created by interaction of the stopper **108'** and the spring member **210** as discussed above. Thus, these two separate audible indicators let the user know that the lower leg portions **122** are fully extended and the stoppers **108'** are also fully extended.

A discussion of various components and assembly of the pivot section **110** will now be presented with regard to FIGS. **17-22**. As explained above, the pivot section **110** preferably includes a pivot device such as central pivot **130**, which is illustrated in FIGS. **17A-17H**. The perspective views of FIGS. **17A** and **17B** show that the central pivot **130** includes two main sections, namely a leg connection section **232** and a pivot member **234**.

The leg connection section **232** preferably includes a pair of projections **236** each having a receptacle **238** therein adapted to receive the pivot pin **132**. The pivot sections **170** of the upper leg portions **120** of the legs **102** and **104** are secured between the projections **236** and are permitted to pivot about the axis of the pivot pin **132**.

The pivot member **234** is preferably circular from an aesthetic viewpoint and to reduce the amount of material required during manufacturing. The pivot member **234** includes a receptacle **240** having a central opening **242**. As seen in FIGS. **17A** and **17F**, the receptacle **240** may also include an annular protrusion **244** and one or more holders **246**.

FIGS. **18A-18H** illustrate the spring device **138**, which includes a circular central portion **248** that is adapted to fit about the annular protrusion **244**. The spring device **138**, which desirably has a finger clip spring configuration, preferably also includes one or more projections **250** that may be spaced around the central portion **248**. Each projection **250** preferably includes a pair of extensions **252** angled away from the plane of the central portion **248**.

FIGS. **19A-19H** illustrate the engagement member **136**, which may have a washer-type configuration. As shown, the engagement member **136** is generally circular in shape, and includes opening **254** therein. One or more projections **256**

are preferably disposed along one face of the engagement member **136**. And one or more extensions **258** may project along the edge of the engagement member **136**.

The adjustment actuator **134** is illustrated in FIGS. **20A**-**20H**. As shown, the adjustment actuator **134** has a generally circular configuration having a first side **260** and a second side **262**. The first side **260**, which is the side accessible to the user, desirably has a generally rounded or concave surface, although other any other shape is permissible. As seen in FIGS. **20G** and **20H**, the first side **260** need not be symmetrical. The second side **262** preferably includes a boss **264** and one or more elongated ridges **266**, which are adapted to fit within the elongated openings **163** of the engagement member **158**.

FIGS. **21A**-**H** illustrate the cap **142**. As shown, the cap **142** includes a first side **268** and a second side **270**. The first side **268** may have an exterior surface of any shape, although it is preferably desirably convex as shown. The second side **270** desirably has a receptacle section **272** and a projection **274**.

Assembly of the pivot section **110** will be discussed with regard to FIGS. **22A**-**22C**. FIG. **22A** is a side view of the stand **100** and FIG. **22B** is an exploded view of the pivot section **110**. Assembly may be achieved as follows. First, the spring device **138** and engagement member **136** are pressed into the receptacle **240** of the pivot member **234**. The extensions **252** of the projections **250** preferably face the engagement member **136**. The extensions **258** of the engagement member **136** fit in the holders **246** of the pivot member **234**. Once the spring device **138** and engagement member **136** are received by receptacle **240**, then the pivot member **234** is fitted between the extensions **157** of the pivot member **114**. At this step, the projections **256** engage respective openings **162** on the engagement member **158**.

The adjustment actuator **134** may now be fitted over the engagement member **158**, with the elongated ridges **266** fitting within the elongated openings **163** of the engagement member **158**. Then a fastener such as a screw **276** is fitted through the openings **242** and **254** and is secured to boss **264** of the adjustment actuator **134**. At this point, the cap **142** may be fitted over the fastener **276**, with the receptacle section **272** covering the fastener and securing the cap **142** to the fastener, while the projection **274** engages the offset opening **165** of one of the extensions **157**.

FIG. **22C** is a cutaway view along the **22A**-**22A** line of FIG. **22A**. The cutaway view illustrates the relative positioning of the components of the pivot section **110**. In order to open and close the stand's legs, the pivot section **110** may be operated as follows. First, the user may press the adjustment actuator **134** in toward the cap **142**. This pushes on the engagement member **136**, which cause compression of the spring device **138**. This results in disengagement of the projections **256** from the openings **162** on the engagement member **158**. The user is now able to adjust the legs **102** and **104** relative to the rear leg **106**. When the adjustment actuator **134** is released, pressure from the spring device **138** forces the projections **256** to press against the engagement member **158**. Aligning the projections **256** with respective openings **162** secures the legs **102** and **104** in a fixed position relative to the leg **106**.

Once assembled, the stand **100** may be used in a wide range of positions and orientations. For instance, FIGS. **23A**-**23G** illustrate numerous positions when the legs **102** and **104** are in a compact configuration. The displacement between the front legs **102** and **104** with respect to the rear leg **106** may range from a fully closed position of 0° to a minimally open position shown in FIG. **23A** with the legs **102** and **104** being on the order of 150 or less from the leg **106** to a substantially fully extended position shown in FIG. **23G** with the legs **102** and

**104** being nearly 165°-180° from the leg **106**. Any incremental range may be provided between the minimally open position to the substantially fully extended position. By way of example only, increments of 1°, 2°, 3°, 4°, 5°, 10°, 15° or 20° may be provided. The specific incremental positions preferably directly correspond with the spacing and placement of the series of openings **162** in the engagement member **158**.

FIGS. **24A**-**24G** numerous positions when the legs **102** and **104** are in a fully extended configuration. As with the compact arrangement, the displacement between the front legs **102** and **104** with respect to the rear leg **106** may range from a fully closed position of 0° to a minimally open position shown in FIG. **24A** with the legs **102** and **104** being on the order of 15° or less from the leg **106** to a substantially fully extended position shown in FIG. **24G** with the legs **102** and **104** being on the order of 165°-180° from the leg **106**.

Although the invention herein has been described with reference to particular embodiments, it is to be understood that these embodiments are merely illustrative of the principles and applications of the present invention. For instance, the stand may or may not include audible indicators, or may incorporate visual or textural indicators in lieu of or in conjunction with the audible indicators. Furthermore, the lower leg portions may be adjustable only between the fully closed and fully opened positions, or may be adjustable among any number of increments between fully closed and fully opened. All features in any of the embodiments are usable with all other embodiments presented herein. It is therefore to be understood that numerous modifications may be made to the illustrative embodiments and that other arrangements may be devised without departing from the spirit and scope of the present invention as defined by the appended claims.

The invention claimed is:

**1**. A portable support stand for supporting an electronic device, the stand comprising:

a first support leg having an elongated body and a pivot member, the elongated body including a first end for contacting a support surface and a second end remote from the first end, and the pivot member being disposed adjacent the second end of the elongated body;

an adjustment member rotatably coupled to the pivot member of the first support leg; and

a pair of adjustable support legs each having a respective first leg member and a respective second leg member slideably attached to the respective first leg member thereof;

each first leg member having a first end pivotally coupled to the adjustment member, a second end remote from the first end and a receptacle disposed between the first and second ends, and

each second leg member having first and second ends thereof, the second leg members being operable to move between a compact position in which the respective second leg member is substantially received within the receptacle of the respective first leg and an extended position in which the second leg member is substantially removed from the receptacle of the respective first leg member;

wherein the pair of adjustable support legs is operable to jointly rotate between a closed position adjacent the first support leg and an open position with the second ends of the first and second leg members spaced apart from the first end of the first support leg.

**2**. The portable support stand of claim **1**, further comprising a pair of stopper members each having first and second ends, the first end of each stopper member being coupled to the second end of a respective one of the second leg members,

13

each stopper member being operable to move between a closed position with the second end of the stopper member adjacent the second end of the respective second leg member and an open position with the second end of the stopper member not adjacent the second end of the respective second leg member.

**3.** The portable support stand of claim **2**, wherein the stopper members are rotatably coupled to the second ends of the respective second leg members, and the open position is substantially perpendicular to the closed position.

**4.** The portable support stand of claim **1**, wherein in the open position the first ends of the first support leg and the adjustable support legs are in contact with the support surface, and the pivot section is elevated above the support surface.

**5.** The portable support stand of claim **1**, wherein the pivot member includes a first engagement member and the adjustment member includes a second engagement member adjustably coupled to the first engagement member to lock the adjustable support legs in the closed position and in the open position, and to permit movement of the adjustable support legs between the closed and open positions.

**6.** The portable support stand of claim **5**, wherein the first engagement member includes a plurality of connectors and the second engagement member includes at least one connection member operable to couple with a first one of the plurality of connectors in the closed position and with a second one of the plurality of connectors in the open position.

**7.** The portable support stand of claim **5**, further comprising a spring device substantially disposed between the pivot member and the second engagement member.

**8.** The portable support stand of claim **1**, wherein each of the adjustable support legs includes means for producing an audible indicator to identify when the respective adjustable support leg is in the compact or extended position.

**9.** A portable support stand for supporting an electronic device, the stand comprising:

a first support leg having an elongated body including a first end for contacting a support surface and a second end remote from the first end;

a pair of adjustable support legs; and

an adjustment member rotatably coupling the pair of adjustable support legs to the second end of the first support leg, the adjustment member including:

a first engagement member coupled to the first support leg, the engagement member having a first surface including plurality of first connection members distributed about a central rotation point and at least one second connection member disposed in the first surface;

a pivot device including a first section adjustably coupled to the engagement member and a second section adjustably coupled to both first leg members;

a second engagement member including at least one connection member operable to releasably engage at least one of the first connection members of the first engagement member;

a spring device substantially disposed between the pivot device and the second engagement member; and

an adjustment actuator coupled to the second engagement member, wherein when the adjustment actuator is in a first state the at least one connection member of the second engagement member is securely coupled to at least one of the first connection members of the first engagement member and when the adjustment actuator is in a second state the at least connection member of the second engagement member is

14

decoupled from the at least one first connection member so that the pair of adjustable support legs is moveable between a closed position adjacent to the first support leg and an open position with the second ends of the first and second leg members spaced apart from the first end of the first support leg;

wherein the spring device is adapted to bias the adjustment actuator in the first state.

**10.** The portable support stand of claim **9**, wherein the pair of adjustable support legs each includes a first leg member and a second leg member slideably coupled to the respective first leg member thereof.

**11.** The portable support stand of claim **10**, wherein the first support leg has a fixed length.

**12.** The portable support stand of claim **9**, wherein the plurality of first connection members are distributed in a circular arrangement about the central rotation point.

**13.** The portable support stand of claim **12**, wherein the plurality of first connection members are receptacles, and the at least one connection member comprises at least one projection operable to releasably engage at least one respective connection members.

**14.** The portable support stand of claim **9**, further comprising at least one magnet received in the first support leg for magnetically securing the pair of adjustable support legs to the first support leg in the closed position.

**15.** The portable support stand of claim **9**, further comprising a pair of stopper members, a first one of the stopper members being coupled to a first one of the adjustable support legs and a second one of the stopper members being coupled to a second one of the adjustable support legs, the pair of stopper members being moveable between a compact position when the support stand is in the closed position and an extended position when the support stand is in the open position.

**16.** The portable support stand of claim **15**, wherein the electronic device is operable to rest on the support stand at three points when the support stand is in the open position, the pair of stopper members each providing a first point of contact for the electronic device and the first support leg provides a second point of contact for the electronic device in a tripod arrangement.

**17.** The portable support stand of claim **15**, wherein in the open position the support stand has a double tripod configuration for supporting the electronic device and for contacting the support surface.

**18.** The portable support stand of claim **17**, wherein in the double tripod configuration the first end of the first support leg providing a first point of contact with the support surface and the pair of stopper members each providing separate second points of contact with the support surface, and the second end of the first support leg providing a first point of contact for the user device and the pair of stopper members each provide separate second points of contact for the user device.

**19.** A portable support stand for supporting an electronic device, the stand comprising:

a first support leg having an elongated body, the elongated body including a first end for contacting a support surface and a second end remote from the first end, the second end comprising a pivot member that is an integral part of the elongated body and is rigidly attached thereto;

an adjustment member coupled to the pivot member of the first support leg, the adjustment member being rotatable relative to the pivot member about a first axis of rotation; and

US 7,712,719 B2

15

a pair of adjustable support legs each having a respective first leg member and a respective second leg member slideably attached to the respective first leg member thereof, each first leg member having a first end that is pivotally coupled to the adjustment member, is rotatable about a second axis of rotation that is non-parallel to the first axis of rotation and is otherwise rotationally-fixed relative to the adjustment member, each first leg member having a second end remote from the first end and a receptacle disposed between the first and second ends, and each second leg member having first and second ends thereof, the second leg members being operable to move between a compact position in which the respec-

16

tive second leg member is substantially received within the receptacle of the respective first leg and an extended position in which the second leg member is at least partially removed from the receptacle of the respective first leg member;

wherein the pair of adjustable support legs is operable to jointly rotate between a closed position adjacent to the first support leg and an open position with the second ends of the pair of adjustable support legs and second leg members spaced apart from the first end of the first support leg.

*   *   *   *   *

# Exhibit C

PORTABLE STAND

# Cricket®

Portable Stand for Laptops
and Tablet PCs



LIBERATE
YOUR
DESKTOP





Mobile knowledge workers spend long hours hunched over laptops in hotel rooms, airports and conference centers. Now there is a way to take the comfort of a full-size PC on the road...

The Cricket® Laptop Stand elevates the screen for cool computing and comfortable viewing. Cricket® props up your laptop, allowing you to adjust screen height as desired, also allowing air to circulate and heat to dissipate. The stand is adjustable to safely accommodate all screen sizes.

Best of all, Cricket® is extremely portable... it folds up to fit in a pocket or computer bag, making it an ideal computer accessory to take along anywhere your laptop travels.





Elevates screen for comfortable viewing



Folds to fit in your pocket



Adjustable height

Ideal for use with tablet PCs

## FEATURES

- **Adjustable height –** simply press button to adjust height of screen
- **Enhances airflow –** allows air to circulate beneath and around computer, keeping your notebook cool
- **Extremely portable –** easily fits in your pocket or computer bag
- **Ergonomic computing –** elevates screen to comfortable viewing height, enables use of full-size keyboard for more efficient computing
- Can also be used with **tablet PCs –** raises screen at angle to desk for greater readability and more comfortable writing angle



**Phone: 800.524.2744 | Fax: 610.253.9521 | E-mail: sales@LCDarms.com | Web: www.LCDarms.com**

# Exhibit D



# Exhibit
# E



Enlarge

## New Portable Folding Stand Mount Holder For iPad Laptop

Item condition: **New**

Quantity: 1 More than 10 available

Price: ~~US $16.45~~ **US $15.63** Buy It Now

or

Best Offer: Make Offer

Add to Watch list

Shipping: **FREE shipping** Standard Flat Rate Shipping Service See more services | See all details
Estimated delivery time varies.

Returns: 30 day money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
eBay will cover your purchase price plus original shipping.
Learn more

### Top-rated seller

hi-etech ( 134121 ) me
99.6% Positive feedback

Consistently receives highest buyers' ratings
Ships items quickly
Has earned a track record of excellent service

Ask a question
Save this seller
See other items
Visit store: eTech Digital World

### Other item info

Item number: 170512609296
Item location: Brooklyn.NY, United States
Ships to: N. and S. America, Europe, Asia, Australia
Payments: PayPal See details
History: 3 sold

Share Print Report item

**Description** | Shipping and payments

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Stand Mount Holder Folding |
| Compatible Model: | iPad | Compatible Brand: | Apple |

### eTech Digital World

Visit my eBay store

Add this store to favorites | Sign up for newsletter

Search Store

Video Game | Cell Phone | IPod/Zune | Other Items

SALE Items On Sale

Contact Us | Payment Method | Shipping Policy | Returns & Warranty | About replies | About Feedback

Video Game | Cell Phone | IPod/Zune | Laptop | Wholesale Lots | x5 x10 more

**New Portable Folding Stand Mount Holder For iPad Laptop**

**Click an image to Enlarge**



**Product Description**

**New Stand Mount Holder Folding For Apple iPad Notebook**
**Features:**
1. This stand is very suitable for holding iPad, iPhone and other laptop computer below 12"
2. Height-adjustable — elevates laptop screen to comfortable viewing height,Best for you to watch film from Laptop or iPad, Much cool  feeling
3. Adjusts to support laptops of all widths,Extremely portable,it collapses to fit in your pocket or your computer bag.
4. 360 swivel, share your screen in meeting
5. With this stand, you can adjust your laptop, iPad etc. angle, you will feel free to watch TV, use your laptop. The most important is that it can make you feel confortable, improve seated position.
6. Color: Green
7. Material: PC+ABC Plastic & Aluminum Alloy
8. 205*50*20 mm (folded)

**Compatible With:**
Apple iPad, iPhone and other laptop computer

**Package include:**
1 x Folding Stand for Apple iPad

[Place Bid]

**Contact Us**

Email:**eBay@Etech.com** ✉        Paypal:Payment@Etech.com ✉        Work Time:Monday to Saturday ✚

**Payment Method**

PayPal: Payment@Etech.com
Payment should be sent within 4 (FOUR) days of auction closing. Or unpaid dispute will be filed for closing auction.

↑ TOP

**Shipping Policy**

Ship worldwide from Brooklyn by USPS, and only to VERIFIED PAYPAL ADDRESS. Transport Delivery ETA
Please check your shipping address carefully before checkout, it can't be changed if order completed.
Orders placed on weekend will be shipped within 2 days.Notification of shipment with tracking number will be sent to buyers.
USPS First Class Mail: 2-5 business days
USPS Priority Mail: 2-3 business days
USPS Express Mail: 1 business day
USPS First Class Mail International: Varies
USPS Priority Mail International: 6-10 business days
USPS Express Mail International: 3-5 business days
Ship within 2 business days once payment completed. Notification of shipment with tracking No. will be sent to buyer.
We offer discounts for combine shipping. Please contact us first if you need combine shipping, and an invoice with discount will be sent to you.
Please allow 5 business days for delivery to US destinations on any eBay orders and 14 business days for delivery to any International destinations. We highly recommend our buyer choose priority/expess mail for international delivery which is much more stable.
As a buyer, it is your duty to pay the tax when you make an order from abroad. Our price does not include taxes, VAT, or other hidden charges.

↑ TOP

**Returns & Warranty**

Refunds given only if item DOA and cannot be replaced via PAYPAL . If so, Please reported within 5 days and return to us within 14 days from the delivery date for exchange or refund.
Buyer should check the package once receiving. If the package damage during the freight, please refuse to sign for the package and it will return to us. Then contact us promptly.
If you need return, please check twice to confirm the item not work and contact our customer service representative, let us know the detailed problem and send us some pictures for confirmation. Then get a unique address for return.
We can't receive the packages if buyer return by yourselves according to the address on shipping package. We won,t solve such case and buyer should responsible for the consequences.
It is IMPORTMENT to declare you package as "Product for Return" on the Customs Declaration Form, and DO REMEMBER SIGN YOUR EBAY ID AND ITME No., or your return won't be accepted.
Warrenty covers replacement or repair.
All NON-seller mistake returns for refund are subject to 20% re-stocking fee and buyer should pay for the return shipping fee. (E.g. you brought wrong model or wrong color).
We ONLY accept the return for original package. Please make sure the item have NO man-made sabotage. If you purchased in improper condition, please NOTE that the sipping and handling fee will not be refund, all return shipping fee should paid by the buyer unless item DOA.
We reserve the right to refuse any returns for objective reasons.

Back to previous page | Sell one like this                                                                Return to top

## Check out the most watched

| r Power Charger Bag for Cell ... | ber Hard Case Cover 4 Apple ... | le iPhone 4 FULL BODY Screen ... | 500mAh battery + dock ger ... | rnal Backup Battery Charger ... |
|---|---|---|---|---|
| $12.99 | $3.99 | $6.00 | $9.98 | $7.91 |
| 24d 2h      Free Shipping | 9d 22h      Free Shipping | 25d 9h      Free Shipping | 28d 16h      Free Shipping | 29d 5h      Free Shipping |

Ipad | Iphone | Iphone Case | Iphone Screen Protector | Iphone 3gs | Popular Searches | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | United Kingdom | Germany | Australia | Canada
Free Local Classifieds | PayPal | ProStores | Apartments for Rent | Shopping.com | Tickets

About eBay | Announcements | Buy Hub | Security Center | Resolution Center | Buyer Tools | Policies | Stores | Site Map | Help

eBay Buyer Protection  We'll cover your purchase price plus original shipping.  Learn more

Copyright © 1995-2010 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

Summary
Bids/Offers
Watch List
All Lists
Won/Purchased
Selling
Saved Searches
Messages

# Exhibit
# F

Thumbnail screenshots from http://www.alibaba.com

*Collected*: August 17, 2010



# Exhibit
# G

Amazon.com: Kickstand Stand Adjustable Handheld Electronics Holder for Apple Ipad, Iphone and...                Page 1 of 10

FREE Two-Day Shipping for College
Sponsored by Post-it & Scotch

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards                Your Account | Help

| Shop All Departments | Search | MiniSuit | | | | Cart | Wish List |
| All Electronics | Brands | Bestsellers | Audio & Home Theater | Camera & Photo | Car Electronics & GPS | Cell Phones & Service | Computers | MP3 Players | TV & Video | Deals |

# Kickstand Stand Adjustable Handheld Electronics Holder for Apple Ipad, Iphone and other laptop computer below 12"
by Bear Motion

(8 customer reviews)

Price: $22.50 & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Sold by **MiniSuit** and **Fulfilled by Amazon**. Gift-wrap available.

**Want it delivered Thursday, August 5?** Order it in the next 23 hours and 16 minutes, and choose **One-Day Shipping** at checkout. Details

Quantity: 1

**or**
Sign in to turn on 1-Click ordering.

**or**

Add to Cart with
FREE Two-Day Shipping

Amazon Prime Free Trial
required. Sign up when you
check out. Learn More

**Express Checkout with PayPhrase**

Televised Computer

What's this? | Create PayPhrase

Share

MINISUIT

See larger image and other views

See all product images
Share your own customer images

# Frequently Bought Together

http://www.amazon.com/Kickstand-Stand-Adjustable-Handheld-Electronics-computer/dp/B003JLUQ5Q/ref=sr_1_17?ie=UTF8&m=A2...   8/3/2010



# Exhibit
# H



# Exhibit
# I

**ebay**®

Hi, **design205!** (Not you?)

My eBay   Sell   Community   Contact us   Help

[Go]

CATEGORIES | FASHION | MOTORS | DAILY DEALS | CLASSIFIEDS

eBay Buyer Protection Learn more

Back to previous page | Listed in category: Cell Phones & PDAs > Cell Phone & PDA Accessories

Add to Watch list



**Enlarge**

5% off

## New Portable Folding Stand Mount Holder For iPad Laptop

| | |
|---|---|
| Item condition: | **New** |
| Quantity: | 1   More than 10 available |
| Price: | US $16.45 |
| | **US $15.63** |
| | [Buy It Now] |
| | *or* |
| Best Offer: | [Make Offer] |
| | [Add to Watch list] |
| Shipping: | **FREE shipping**  Standard Flat Rate Shipping Service See more services | See all details |
| | Estimated delivery time varies. |
| Returns: | 30 day money back, buyer pays return shipping | Read details |

**eBay Buyer Protection**
eBay will cover your purchase price plus original shipping.
Learn more

**Top-rated seller**

hi-tech ( 134121 ☆) me

99.6% Positive feedback

Consistently receives highest buyers' ratings

Ships items quickly

Has earned a track record of excellent service

Ask a question
Save this seller
See other items

Visit store:  eTech Digital World

Top-rated seller

### Other item info

| | |
|---|---|
| Item number: | 170512609296 |
| Item location: | Brooklyn,NY, United States |
| Ships to: | N. and S. America, Europe, Asia, Australia |
| Payments: | PayPal See details |
| History: | 3 sold |

Share    Print    Report item

---

**Description** | Shipping and payments

Seller assumes all responsibility for this listing.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Stand Mount Holder Folding |
| Compatible Model: | iPad | Compatible Brand: | Apple |

---

### eTech Digital World

Visit my eBay store

Add this store to favorites | Sign up for newsletter

[Search Store]

Video Game | Cell Phone | iPod/Zune | Other Items

SALE Items On Sale



Contact Us | Payment Method | Shipping Policy | Returns & Warranty | About replies | About Feedback

Video Game | Cell Phone | IPod/Zune | Laptop | Wholesale Lots | x5 x10 more

**New Portable Folding Stand Mount Holder For iPad Laptop**

**Click an image to Enlarge**

**Product Description**

**New Stand Mount Holder Folding For Apple iPad Notebook**
**Features:**
1. This stand is very suitable for holding iPad, iPhone and other laptop computer below 12"
2. Height-adjustable — elevates laptop screen to comfortable viewing height,Best for you to watch film from Laptop or iPad, Much cool  feeling
3. Adjusts to support laptops of all widths,Extremely portable,it collapses to fit in your pocket or your computer bag.
4. 360 swivel, share your screen in meeting
5. With this stand, you can adjust your laptop, iPad etc. angle, you will feel free to watch TV, use your laptop. The most important is that it can make you feel confortable, improve seated position.
6. Color: Green
7. Material: PC+ABC Plastic & Aluminum Alloy
8. 205*50*20 mm (folded)

**Compatible With:**
Apple iPad, iPhone and other laptop computer

**Package include:**
1 x Folding Stand for Apple iPad

Place Bid

**Contact Us**

Email:**eBay@Etech.com** ✉        Paypal:**Payment@Etech.com** ✉        Work Time:Monday to Saturday⚞

⬆ TOP

**Payment Method**

PayPal: Payment@Etech.com
Payment should be sent within 4 (FOUR) days of auction closing. Or unpaid dispute will be filed for closing auction.

⬆ TOP

**Shipping Policy**

Ship worldwide from Brooklyn by USPS, and only to VERIFIED PAYPAL ADDRESS. Transport Delivery ETA
Please check your shipping address carefully before checkout, it can't be changed if order completed.
Orders placed on weekend will be shipped within 2 days.Notification of shipment with tracking number will be sent to buyers.
USPS First Class Mail: 2-5 business days
USPS Priority Mail: 2-3 business days
USPS Express Mail: 1 business day
USPS First Class Mail International: Varies
USPS Priority Mail International: 6-10 business days
USPS Express Mail International: 3-5 business days
Ship within 2 business days once payment completed. Notification of shipment with tracking No. will be sent to buyer.
We offer discounts for combine shipping. Please contact us first if you need combine shipping, and an invoice with discount will be sent to you.
Please allow 5 business days for delivery to US destinations on any eBay orders and 14 business days for delivery to any International destinations. We highly recommend our buyer choose priority/express mail for international delivery which is much more stable.
As a buyer, it is your duty to pay the tax when you make an order from abroad. Our price does not include taxes, VAT, or other hidden charges.

⬆ TOP

**Returns & Warranty**

Refunds given only if item DOA and cannot be replaced via PAYPAL . If so, Please reported within 5 days and return to us within 14 days from the delivery date for exchange or refund.
Buyer should check the package once receiving. If the package damage during the freight, please refuse to sign for the package and it will return to us. Then contact us promptly.
**If you need return, please check twice to confirm the item not work and contact our customer service representative, let us know the detailed problem and send us some pictures for confirmation. Then get a unique address for return.**
**We cant't receive the packages if buyer return by yourselves according to the address on shipping package. We won,t solve such case and buyer should responsible for the consequences.**
**It is IMPORTMENT to declare you package as "Product for Return" on the Customs Declaration Form, and DO REMEMBER SIGN YOUR EBAY ID AND ITME No., or your return won't be accepted.**
Warrenty covers replacement or repair.
All NON-seller mistake returns for refund are subject to 20% re-stocking fee and buyer should pay for the return shipping fee. (E.g. you brought wrong model or wrong color).
We ONLY accept the return for original package. Please make sure the item have NO man-made sabotage. If you purchased in improper condition, please NOTE that the sipping and handling fee will not be refund, all return shipping fee should paid by the buyer unless item DOA.
We reserve the right to refuse any returns for objective reasons.

Back to previous page | Sell one like this                                                                                              Return to top

## Check out the most watched

| r Power Charger Bag for Cell ... | ber Hard Case Cover 4 Apple ... | le iPhone 4 FULL BODY Screen ... | 500mAh battery + dock ger ... | rnal Backup Battery Charger ... |
|---|---|---|---|---|
| $12.99 | $3.99 | $6.00 | $9.98 | $7.91 |
| 24d 2h          Free Shipping | 9d 22h          Free Shipping | 25d 9h          Free Shipping | 28d 16h          Free Shipping | 29d 5h          Free Shipping |

Ipad | Iphone | Iphone Case | Iphone Screen Protector | Iphone 3gs | Popular Searches | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | United Kingdom | Germany | Australia | Canada
Free Local Classifieds | PayPal | ProStores | Apartments for Rent | Shopping.com | Tickets

About eBay | Announcements | Buy Hub | Security Center | Resolution Center | Buyer Tools | Policies | Stores | Site Map | Help

eBay Buyer Protection   We'll cover your purchase price plus original shipping.   Learn more

Copyright © 1995-2010 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time
Summary
Bids/Offers
Watch List
All Lists
Won/Purchased
Selling
Saved Searches
Messages



Enlarge

## Folding Holder Stand For Apple iPad Mac Netbook Laptop

Item condition: **New**

Quantity: 1 More than 10 available

Price: **US $15.99** Buy It Now

or

Best Offer: Make Offer

Add to Watch list

Shipping: **FREE shipping** US Postal Service First Class Mail See more services | See all details
Estimated delivery within 3-6 business days.

Returns: 30 day money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
eBay will cover your purchase price plus original shipping.
Learn more

### Top-rated seller

gadgettown ( 68078 ) me
99.6% Positive feedback

Consistently receives highest buyers' ratings

Ships items quickly

Has earned a track record of excellent service

Ask a question
Save this seller
See other items

Visit store: GadgetTown

### Other item info

| | |
|---|---|
| Item number: | 370407372575 |
| Item location: | Brooklyn,NY, United States |
| Ships to: | N. and S. America, Europe, Asia, Australia |
| Payments: | PayPal See details |

Share Print Report item

**Description** Shipping and payments

Seller assumes all responsibility for this listing.

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Compatible Brand: | Apple ipad |
| Compatible Product: | apple ipad | | |

### GadgetTown

Visit my eBay store

iPod / Zune

search _____

Contact Us   Payment Method   Shipping Policy   Returns & Warranty   About replies   About Feedback

Folding Holder Stand For Apple iPad Mac Netbook Laptop



Click an image to Enlarge

**Product Description**

**Portable Folding Stand Mount Holder for Apple iPad Mac**

Features:
1.This stand is very suitable for holding iPad, iPhone and other laptop computer below 12"
2.Height-adjustable — elevates laptop screen to comfortable viewing height,Best for you to watch film from Laptop or iPad, Much cool feeling
3.Adjusts to support laptops of all widths,Extremely portable,it collapses to fit in your pocket or your computer bag.
4.360 swivel, share your screen in meeting
5.With this stand,you can adjust your laptop, iPad etc. angle, you will feel free to watch TV, use your laptop. The most important is that it can make you feel confortable, improve seated position.
6.Color: Green
7.Material: PC+ABC Plastic & Aluminum Alloy
8.205*50*20 mm (folded)

Compatible With:
Apple iPad,iPhone and other Laptop Computer

Package include:
1 X Folding Stand for Apple iPad



**Email:eBay@GadgetTown.com** ✉        **Paypal:Payment@GadgetTown.com** ✉        **Work Time:**Monday thru Saturday ✦

PayPal: Payment@GadgetTown.com
Payment should be sent within 4 (FOUR) days of auction closing. Or unpaid dispute will be filed for closing auction.

Ship worldwide from Brooklyn by USPS, and only to VERIFIED PAYPAL ADDRESS. Transport Delivery ETA
Please check your shipping address carefully before checkout, it can't be changed if order completed.
Orders placed on weekend will be shipped within 2 days.Notification of shipment with tracking number will e sent to buyers.
USPS Priority Mail: 2-3 business days
USPS Express Mail: 1 business day
USPS First Class Mail International: Varies
USPS Priority Mail International: 6-10 business days
USPS Express Mail International: 3-5 business days
Ship within 2 business days once payment completed. Notification of shipment with tracking No. will be sent to buyer.
We offer discounts for combine shipping. Please contact us first if you need combine shipping, and an invoice with discount will be sent to you.
Please allow 5 business days for delivery to US destinations on any eBay orders and 14 business days for delivery to any International destinations. We highly recommend our buyer choose priority/expess mail for international delivery which is much more stable.
As a buyer, it is your duty to pay the tax when you make an order from abroad. Our price does not include taxes, VAT, or other hidden charges.

Back to previous page | Sell one like this                                                                                    Return to top

## Check out the most watched

| her Skin Case + Screen rd ... | essional Genuine Leather Skin ... | r Leather Skin Case Cover ch ... | her Skin Case Cover Pouch ... | / SILICONE SKIN E+SCREEN ... |
|---|---|---|---|---|
| **$19.99** | **$21.95** | **$1.00** | **$19.99** | **$6.99** |
| 5d 3h | 22d 12h | 27d 12h | 21d 0h | 18d 23h |
| Free Shipping | Free Shipping | | | |

Ipad | Netbook Case | Laptop Bag | Laptop Case | Netbook Sleeve | Popular Searches | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | United Kingdom | Germany | Australia | Canada
Free Local Classifieds | PayPal | ProStores | Apartments for Rent | Shopping.com | Tickets

About eBay | Announcements | Buy Hub | Security Center | Resolution Center | Buyer Tools | Policies | Stores | Site Map | Help

eBay Buyer Protection  We'll cover your purchase price plus original shipping.  Learn more

Copyright © 1995-2010 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



Add to Watch list

Enlarge

## New Portable Folding Stand Mount Holder For iPad Laptop

Item condition: **New**

Quantity: 1 More than 10 available

Price: **US $16.39** Buy It Now

or

Best Offer: Make Offer

Add to Watch list

Shipping: **FREE shipping** US Postal Service First Class Mail See more services | See all details
Estimated delivery within 3-6 business days.

Returns: 30 day money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
eBay will cover your purchase price plus original shipping.
Learn more

**Top-rated seller**

yallstore ( 198390 ) me
99.5% Positive feedback

Consistently receives highest buyers' ratings

Ships items quickly

Has earned a track record of excellent service

Ask a question
Save this seller
See other items

Visit store: YallStore

### Other item info

Item number: 120595374531
Item location: Brooklyn,NY, United States
Ships to: N. and S. America, Europe, Asia, Australia
Payments: PayPal See details

Share Print Report item

**Description** | Shipping and payments

Seller assumes all responsibility for this listing.

Last updated on 05:22:12 AM PDT, Jul 13, 2010 View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Type: | Stand Mount Holder Folding |
| Compatible Brand: | Apple iPad | | |

### YallStore

Visit my eBay store

Add this store to favorites | Sign up for newsletter

Search Store

Video Game | AC Adapters | LCD Screen | LCD

**Y'allstore**

**Categories**

**Video Game**
PSP, PlayStation 2, Playstation3, Game Boy Advance, PlayStation, Xbox, Xbox 360, GameCube, PSP Slim, Wholesale...

**iPod / Zune**
iPod Video, iPod NANO, iPod Mini, iPod Photo, iPod 1st Gen, iPod 2nd Gen, iPod 3rd Gen, iPod 4th Gen, iPod Touch, iPod Shuffle, iPod Classic, Zune Accessories, Wholesale...

**Laptop**
AC Adapters, Accessories , Laptops Batterie, Docks/Port Replicators, Hard Drives, Keyboard, LCD Screen, Inverter, Other, Wholesale...

**Mobile Phone**
Antenna, Battery, BlueTooth, Charger Adapter, Data Cable, Flex Cable, Glass Lens, Headphone Audio Jack Switch, Housing, LCD, Memory Card ,Mobile Phones, Protect Case, Sensitization Cable, Unlock Card, Wholesale...

**Computers**
Computer Accessories, Computer Hardware, DVD & CD Drives, Hard Drives, Keyboards & Input Devices, Networking, Storage & Blank Media, Wholesale...

**MP3 / MP4**
MP3 / MP4 Players, MP3 / MP4 Accessories, Wholesale...

**Cameras**
Accessories, Binoculars & Optics, Camcorders, Digital Cameras, Film Cameras, Memory Cards, Surveillance, Wholesale...

**PDAs**
PDAs, PDA Accessories, Wholesale...

**Other Electronics**
Digital Picture Frames, Portable CD Players, Telephones, Networking, Printers, Ink Cartridges, Scanners, Office & Fax, Surveillance, Clearance Electronics, Wholesale...

Other Items
Wholesale...

🔍 New Portable Folding Stand Mount Holder For iPad Laptop

## <span style="color:red">Brand New!!!</span>
# New Portable Folding Stand Mount Holder For iPad Laptop
### We promise all products are totally brand new
### <span style="color:blue">All parts are 100% guaranteed for quality</span>





**Product Description**

**Features:**

1.This stand is very suitable for holding iPad, iPhone and other laptop computer below 12"
2.Height-adjustable — elevates laptop screen to comfortable viewing height,Best for you to watch film from Laptop or iPad, Much cool feeling
3.Adjusts to support laptops of all widths,Extremely portable,it collapses to fit in your pocket or your computer bag.
4.360 swivel, share your screen in meeting
5.With this stand, you can adjust your laptop,iPad etc. angle,you will feel free to watch TV, use your laptop. The most important is that it can make you feel confortable, improve seated position.
6.Color: Green
7.Material: PC+ABC Plastic & Aluminum Alloy
8.205*50*20 mm (folded)

**Compatible With:**
Apple iPad,iPhone and other laptop computer

**Package include:**
1 X Folding Stand for Apple iPad

 

Back to previous page | Sell one like this

Return to top

### Check out the most watched



r Power Charger Bag for Cell ...

**$12.99**
24d 1h          Free Shipping

ber Hard Case Cover 4 Apple ...

**$3.99**
9d 22h          Free Shipping

le iPhone 4 FULL BODY Screen ...

**$6.00**
25d 9h          Free Shipping

!500mAh battery + dock
ger ...

**$9.98**
28d 16h         Free Shipping

ernal Backup Battery Charger

**$7.91**
29d 5h          Free Shipping

Ipad | Iphone | Iphone Case | Iphone Screen Protector | Iphone 3gs | Popular Searches | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | United Kingdom | Germany | Australia | Canada
Free Local Classifieds | PayPal | ProStores | Apartments for Rent | Shopping.com | Tickets

About eBay | Announcements | Buy Hub | Security Center | Resolution Center | Buyer Tools | Policies | Stores | Site Map | Help

eBay Buyer Protection  We'll cover your purchase price plus original shipping. Learn more

Copyright © 1995-2010 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

# Exhibit J

Home | About Us | Privacy Policy | Customer Service | Contact Us | Blog | Shopping Cart

OPERATORS STANDING BY **1-888-237-3936** Keyword, Item #, ...

**Laptop Desks**      **iPad & eReader Accessories**      **Netbook Accessories**      **Desktop Stands**      **Gamer's Desks**

PC Accessories

Ergonomics

Garage Sale





**Live Help** Start Chat

Live Chat by LivePerson

Our Customers Say...

May 17, 2009 -

I sent a couple emails inquiring about the product before I purchased it. They responded to my emails quickly and answered my questions and I bought the product. I am very pleased with the product and I would buy from them in the future. William Mc.

read more



Why use a lap-desk or a Desk Stand? click here

Laptop ergonomics click here

Not all notebook Desks & Stands are created equal

Become an informed shopper. Learn the differences - make better buying decisions.

Home > iPad & eReader Accessories > IPAD TRIPAD STAND



🔍 CLICK TO ENLARGE



## IPAD TRIPAD STAND
Item # IPAD-TRIPAD-STND

Height-adjustable; elevates tablet screen for comfortable viewing
Adjusts to support tablets & eReaders of all shapes and sizes
Sturdy enough to support weights up to 12 lbs. (5.4kg)
Improves ergonomics by positioning your tablet for best viewing
Extremely portable; collapses to fit in your pocket or carrying case
Six angles can be selected, from 11° to 60°
Compatible with notebooks as well as tablet PCs
Sustainability: the TriPad is composed of 70% recyclable materials
Unit measures 7.87" x 1.96" x .98" when collapsed

| | |
|---|---|
| **Price** | **$59.95** |
| **Sale Price** | **$49.95** |
| **You Save** | **$10.00** |
| **Availability:** | **Usually ships the next business day.** |



✉ EMAIL TO A FRIEND

Estimate Shipping Date

**"We Stand Behind Our Products."
Jose Calero, Founder and CEO**

**Description**          **View the Video**

The iPad TriPad stand is a cool new easel-style desk stand. It features adjustable inclines and heights that allow you to angle your iPad or tablet for improved convenience and comfort during hands-free use.

It's a flexible, incline-adjustable tripod stand that allows you to raise your tablets screen to a comfortable and ergonomic viewing angle. When collapsed the iPad TriPad looks like a giant clothes pin but functions extremely well as an iPad stand.

The TriPad adjust up to six angles or incline from 11° (least angle) up to 60° (maximum incline). It can be adjusted for height allowing you to choose between the most ergonomic typing position and the most comfortable viewing angle for watching movies and videos hands-free.

Add a keyboard and mouse to recreate the comfort and productivity of a desktop computer and you're ready to go.

The iPad TriPad is extremely portable—it can fit in your pocket or purse and comes with a black draw-string protective case. It is ideal for business travelers, students, and anyone who uses a tablet PC when traveling. It helps you maintain the right posture while preventing you from hunching over your iPad to 'get a better view'. This 'hunching' can strain your back and neck while using your tablet PC or iPad.

It easily adjusts to support any tablet or eReader width and holds weights up to 12 pounds. Rubber-ribbed pads at the end of each tripod section prevents slipping and sliding of you iPad.

The iPad TriPad tablet stand is made of 70 per cent recycled materials and weighs just 9.5 ounces.

TECHNICAL SPECIFICATIONS:
Weight: 9.5 ounces

Case 5:10-cv-04487-RBS   Document 1    Filed 09/02/10   Page 98 of 103



click here    Shipping weight 9 lbs.
Height adjustments: 6 options
Adjustability: 6 angles, from 11° to 60°
Color: Black
Texture: Rubberized
Materials: Aluminum and ABS Plastic
Sustainability: 70% recycled materials
Unit measures 7.87" x 1.96" x .98" when collapsed

## You May Also Like...

design by Solid Cactus

© Lapworks 2009. All rights reserved.



### IPAD STAND & E-READER RECLINER

The iPad Recliner is an incredibly versatile easy chair for your iPad and will provide the prefect viewing angle when you just want to sit back and watch . . . . hands free!

Just change body positions and adjust your iPad's angle with ease. The iPad Recliner is the Lazy Boy of iPad loungers. Now there are no limitations to how you can view your iPad.

The iPad Recliner has a generous rubber cushion rest for your iPad's foot and a soft rubber strip across the top that's your iPad's headrest. The iPad Recliner has a foot rest width of 8" and a head rest height of 8".

Available in a two-tone color of silver and black. The iPad Recliner carries a 6 month warranty against defects in materials, workmanship and construction.

**FOR QUESTIONS, PLEASE CALL US TOLL FREE AT 888-237-3936 SEVEN DAYS A WEEK**

Price: $44.95
**Sale: $34.95**

read more ➤



### IPAD SPACE DOCK

The Space Dock iPad stand adds class, elegance and stature to your iPad. The iPad Space Dock is a modernistic stand that allows the iPad to position in both portrait and landscape postures. The stand is cut from a rod of solid Aluminum and then given a brushed finish. The Space Dock's inside channel is lined with velvet-like material to hold your iPad comfortably and securely. The Space Dock features three-position incline settings that allows the iPad to display in angles of 58º, 62º and 66º of incline.

Price: $64.95
**Sale: $54.95**

read more ➤



### IPAD TRIPAD STAND

The iPad TriPad tablet stand is a new desk stand featuring adjustable inclines and heights. It's a flexible, six position incline-adjustable tripod stand that allows you to raise your tablets screen to a comfortable and ergonomic viewing angle. The TriPad is extremely portable—it can fit in your pocket. It is ideal for business travelers, students, and anyone who uses a tablet PC when traveling. It helps you maintain the right posture. It easily adjusts to support any tablet or eReader width and holds weights up to 12 pounds. Rubber pads at the end of each tripod section prevents slipping and sliding. The iPad TriPad tablet stand is made of 70 per cent recycled materials and weighs just 9.5 ounces.

Price: $59.95
**Sale: $49.95**

read more ➤



### IPAD KICK STAND

The iPad Kickstand is made of tough Polycarbonate plastic with a napped fabric cushion liner. Is designed to allow the Apple iPad to stand-alone in multiple incline positions in portrait and landscape modes. It features an adjustable support leg that works like a kickstand on a bicycle. The support leg easily snaps on to any protective cover, be it silicone or rigid plastic. The Kickstand is not designed to take the place of an iPad Recliner but rather to be a traveling iPad stand when lightweight and portability are the requirements of the day. The Kickstand is black in color and measures 7-3/4" long by 4-1/8" wide.

Price: $19.95
**Sale: $14.95**

read more ➤

**Related Items**

IPAD STAND & E-READER RECLINER        IPAD SPACE DOCK
IPAD TRIPAD STAND                     IPAD KICK STAND
DO IT YOURSELF IPAD STANDS            IPAD HARD SHELL CASE - CLEAR
IPAD SCREEN SHIELD – ANTI GLARE       IPAD SCREEN SHIELD
IPAD TRAVEL CHARGER                   **View More ...**



## Sign-up for Bonus Offers and Newsletters

your email address

LapWorks respects the privacy of its customers and mailing list subscribers. We do not share, sell, rent, or lease the personal information of our customers without their advance permission. All personal information collected is used solely to contact our customers in regards to new products and special offers.

**Home   About Us   Press   Privacy Policy   Shipping & Returns   Customer Service   Contact Us   Resources   Site Map   View Cart**

# Exhibit
# K



Go My eBay Sell Community Contact us Help

Hi, **design205**! (Not you?)

CATEGORIES | FASHION | MOTORS | DAILY DEALS | CLASSIFIEDS

eBay Buyer Protection Learn more

Back to previous page | Listed in category: Computers & Networking > Computer Accessories > Laptop Cooling Pads

Add to Watch list

Enlarge

## Mobile Folding Laptop Notebook PC Stand Holder For iPad

Item condition: **New**

Quantity: 1 More than 10 available

Price: **US $16.98** Buy It Now

Add to Watch list

Shipping: **FREE shipping** Standard Flat Rate Shipping Service
See discounts | See all details
Estimated delivery time varies.

Returns: 60 day money back, buyer pays return shipping | Read details

**eBay Buyer Protection**
eBay will cover your purchase price plus original shipping.
Learn more

### Top-rated seller

**wowpartspro** ( 34974 )
99.6% Positive feedback

Consistently receives highest buyers' ratings

Ships items quickly

Has earned a track record of excellent service

Ask a question
Save this seller
See other items

Visit store: WowPartsPro

### Other item info

Item number: 350365587221
Item location: Santa Clara, CA, United States
Ships to: United States, Canada
Payments: PayPal See details
History: 7 sold

Share Print Report item

**Description** Shipping and payments

Seller assumes all responsibility for this listing.

Last updated on 08:30:14 PM PDT, Jun 11, 2010 View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Color: | White |

**WowPartsPro** Visit my eBay store

"Wow" Start Now!
**2** Way
Free Shipping

**60** Day Money Back Guarantee
**1** Year Warranty Risk Free

**3** Contact Methods
(800)398-5163
Pro@wowparts.com
On Line Chat

Live Help
Chat with our
Reference Desk.
Start Chat



**Product Details**   Payment   Shipping   Returns Policy   Contact Us

Great Product! Professional Service! WowPartsPro.com

## Mobile Folding Tripod Laptop Stand Holder For Apple iPad (White)

This tripod stand is a useful item for the business travelers, students, and anyone who uses ipad, laptop computers, etc. It can stand max. 194 oz (5.5 kg) and adjust the angle freely that maintain better posture for your neck and back positioning with a special display prop stand for putting your laptop at a more ergonomically correct height and distance. Furthermore, it can be folded in delicate retail package. So it is easy to go with you to everywhere conveniently.



Yes! We combin shipping
Click here to our other auction!

**Product Features**
- Suitable for holding your books, screens, iPad or other laptop computers, etc.
- Can stand max. 194 oz (5.5 kg).
- Height-adjustable stand with simply press button which can raise the screen to an ergonomic viewing height easily.
- Enhance airflow around your laptop to keep it cool.
- Trendy design with light materiel.
- Extremely protable design to fit in your pocket or your computer bag.
- Ideal for business travelers, students, and anyone who uses ipad, laptop computers, etc.



**Specifications**
- Material: PC + ABC plastic, aluminum alloy.
- Dimension (folded): 8.0" L x 2.0" W x 0.8" H (203 x 50 x 20 mm).
- Weight: 9.5 oz (269 g).
- Color: Black.

**Package Included**
- Mobile Folding Tripod Laptop Stand Holder x 1(iPad/laptop not included).


Our Products



iPad Accessories

$16.98 Adjustable Folding Stand Holder For iPad

$12.98 Power Dock Station Sync Charger For iPad

$10.98 Adjustable Leather Holder Stand Case for iPad

$11.38 Crocodining Leather Carry Case For iPad

$9.99 Back Cover Case + Stand Holder For iPad

$8.99 Anti-shock Protective Case for iPad

$6.69 Back Cover Hard Case Protector For iPad

$5.98 Clear Mirror LCD Screen Protector For iPad

$4.99 Soft Protective Sleeve Cover Case For iPad

$4.99

00093

Back to previous page | Sell one like this        Return to top

## Check out the most watched

| | | | | |
|---|---|---|---|---|
| 3 Fan Light Laptop Notebook … | 3 Fan Light Laptop Notebook … | jus Notebook Stand with … | top Buddy Portable kStation … | NOTEBOOK COOLER COOLING 3 |
| **$1.00** | **$5.46** | **$24.95** | **$37.99** | **$9.49** |
| 23d 9h | 19d 17h | 19d 4h | 13d 8h | 23d 4h |

Laptop Cooling Pad | Laptop Cooler | Laptop Fan Cooler | Laptop Stand | Laptop | Popular Searches | eBay Reviews | eBay Stores | Half.com | Global Buying Hub | United Kingdom | Germany | Australia | Canada
Free Local Classifieds | PayPal | ProStores | Apartments for Rent | Shopping.com | Tickets

About eBay | Announcements | Buy Hub | Security Center | Resolution Center | Buyer Tools | Policies | Stores | Site Map | Help

eBay Buyer Protection   We'll cover your purchase price plus original shipping.   Learn more

Copyright © 1995-2010 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time