**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **INNOVATIVE OFFICE PRODUCTS, INC.,** | |
| Plaintiff, | CIVIL ACTION NO.: 5:10-CV-04487 |
| v. | JUDGE SURRICK |
| **ALIBABA.COM, INC., AMAZON.COM, INC., EBAY INC., S. LINK INC., ZEETRON INC., GAINGAME, INC., LAPWORKS, INC., NEOTERIC SOLUTION, INC., IGEAR USA LLC, and BAFBIZ, INC. d/b/a KB COVERS,** | JURY TRIAL DEMANDED |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff Innovative Office Products, Inc. by and through its undersigned attorney, voluntarily dismisses Defendant Amazon.com, Inc. without prejudice pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

DESIGN IP, A PROFESSIONAL CORPORATION

Date:  March 25, 2011

/Damon A. Neagle/
Damon A. Neagle (PA ID 90738)
Design IP, A Professional Corporation
5100 W. Tilghman Street, Suite 205
Allentown, PA 18104
phone:  610-395-4900
fax:  610-680-3312
e-mail:  damonneagle@designip.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of Notice Of Voluntary Dismissal Pursuant To Rule 41(a)(1)(A)(i) was filed using the ECF system and is available for viewing and downloading from the ECF system and that service was made upon Amazon.com, Inc. by mailing a copy, on the date indicated below, via First Class Mail, postage prepaid, addressed to:

      Robert T. Cruzen, Esq.
      Klarquist Sparkman, LLP
      One World Trade Center
      121 S.W. Salmon Street, Suite 1600
      Portland, OR  97204-2988

Date:  March 25, 2011                                          /Damon A. Neagle/
                                                                       Damon A. Neagle