IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INNOVATIVE OFFICE PRODUCTS, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-4487 |
| AMAZON.COM, INC., ET AL. | : | |

**O R D E R**

**AND NOW**, this   26th   day of   April  , 2012, upon consideration of Plaintiff Innovative Office Products, Inc.'s Motion for Entry of Default Final Judgment (ECF No. 40), and all documents submitted in support thereof, it is **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**.

2. Defendant Zeetron Inc. ("Zeetron"), and its principals, officers, directors, shareholders, employees, affiliates, agents, successors and assigns, are **ENJOINED** and **RESTRAINED** from making, using, selling or offering for sale within the United States, or importing into the United States, any product that infringes any of the claims of United States Patent No. 7,712,719 ("the '719 Patent"), until the expiration date of the '719 Patent.

3. Zeetron, and its principals, officers, directors, shareholders, employees, affiliates, agents, successors and assigns, are **ENJOINED** and **RESTRAINED** from making, using, selling or offering for sale within the United States, or importing into the United States, any product that infringes any of the claims of United States Patent No. D575,293 ("the '293 Patent"), until the expiration date of the '293 Patent.

4. Plaintiff shall have a duly licensed process server formally serve a copy of this Order on Zeetron Inc. no later than May 4, 2012. A certificate of service shall be filed with the Court.

5. The Court will retain jurisdiction for the purpose of enforcing the terms of this Order.

6. The Clerk of Court is directed to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**